**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA,**

| | |
|---|---|
| AXS GROUP LLC,<br><br>            Plaintiff,<br><br>v.<br><br>INTERNET REFERRAL SERVICES, LLC, EVENT TICKETS CENTER, INC., VERIFIED-TICKET.COM AMOSA.APP, and SECURE.TICKETS,<br><br>            Defendants. | Case No. 2:24−CV−00377 CAS (EX)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Honorable Christina A. Snyder<br><br>Date:  February 26, 2024<br>Time:  10:00 am<br>Courtroom:  8D<br><br>Complaint filed:  January 16, 2024 |

This Court, having read and considered the Verified Complaint on file in this action by Plaintiff AXS Group LLC ("AXS"), AXS's Motion for a Preliminary Injunction, and the Declaration of Alex Hazboun filed in support thereof, hereby finds good cause exists for the preliminary injunction and GRANTS the motion as set forth herein.

### I.     Definitions

For purposes of this Order, the following definitions apply:

1. **"AXS Marks"** means the terms "AXS Mobile ID," "Flash Seats," and the AXS U.S. trademark registrations identified in the Complaint.

2. **"AXS App"** means the software application developed by AXS that allows a consumer to buy, sell, view, and use an Electronic Ticket. The AXS App is available for download on both the App Store and Google Play.

3. **"AXS QR Code"** means the proprietary two-dimensional barcode created by AXS that appears as a square pattern of black and white squares that encodes data on an Electronic Ticket.

4. **"Electronic Device"** means any personal computer, cell phone, smartphone, tablet, or other wireless device.

5. **"Electronic Ticket"** means a document produced in digital form used by a consumer to access a venue hosting a concert, sporting event, or any other type of entertainment.

6. **"Google Play"** means the digital distribution platform operated by Google, LLC where software and other digital applications can be accessed and downloaded.

7. **"App Store"** means the digital distribution platform operated by Apple, Inc. where software and other digital applications can be accessed and downloaded.

## II. Terms of Injunction

The Defendants, including any of their officers, employees, agents, servants, and attorneys, and all persons in active concert or participation with any of them (regardless of whether located in the U.S. or abroad), who receive actual notice of this Order (hereinafter collectively referred to as the "Restrained Persons"), are hereby restrained and enjoined from engaging in the following acts for the pendency of this matter:

1. Downloading the AXS App onto any Electronic Device from the App Store, Google Play, or any similar third party platform where the AXS App can be accessed and downloaded;

2. Manufacturing, generating, or otherwise creating an Electronic Ticket bearing any of the AXS Marks or the AXS QR Code;

3. Distributing, disseminating, or otherwise sending to any third party any communication containing an Electronic Ticket bearing any of the AXS Marks or the AXS QR Code;

4. Using the AXS Marks on any website or other advertising or promotional material of any kind.

5. Secreting, concealing, destroying, altering, selling, transferring, or otherwise disposing of any computer files, data, business records, documents, or any other records pertaining or relating to any Restrained Person's: (a) prior use of the AXS Marks; (b) prior conduct of manufacturing, generating, or otherwise creating an Electronic Ticket bearing any of the AXS Marks or the AXS QR Code; or (c) prior conduct of distributing, disseminating, or otherwise sending to any third party any communication containing an Electronic Ticket bearing any of the AXS Marks or the AXS QR Code.

**IT IS SO ORDERED.**

SIGNED this _____ day of _____, 2024, at _____ ___.m.

_____
UNITED STATES DISTRICT JUDGE