**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| AXS GROUP LLC | CASE NUMBER |
|---|---|
| PLAINTIFF(S)<br>v. | CV 24-00377 CAS (Ex) |
| INTERNET REFERRAL SERVICES LLC, ET AL.<br><br>DEFENDANT(S). | **ORDER RETURNING CASE**<br>**FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 23-05.

January 17, 2024
Date

*Christine A. Snyder* (signature)
United States District Judge

### NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge ___Sherilyn Peace Garnett___ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials ___SPG___ after the case number in place of the initials of the prior judge so that the case number will read ___2:24-cv-00377-SPG (Ex)___. This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☐ Previous Judge   ☐ Statistics Clerk

CV-89 (05/23)                                    ORDER RETURNING CASE FOR REASSIGNMENT