**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AXS GROUP LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>INTERNET REFERRAL SERVICES, LCC, EVENT TICKETS CENTER, INC., VERIFIED-TICKET.COM, AMOSA.APP and SECURE.TICKETS,<br><br>            Defendants. | Case No. LA 2:24–CV–00377–SPG (Ex)<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE COMPLAINT UNDER SEAL**<br>**[ECF NO. 9]** |

On January 16, 2024, Plaintiff filed an Application for Leave to file Verified Complaint Under Seal. (ECF 9).

The Court, having considered Plaintiff's Application and finding good cause therefor, hereby GRANTS the Application and ORDERS as follows:

The Verified Complaint, (ECF 1), in this action is sealed as to the information described below.

| Description | Material to be Sealed |
|---|---|
| Information relating to Plaintiff's security and access control measures and Defendants' bypass thereof. | Redacted content in paragraphs 24, 63, 85, 91, 100 of Verified Complaint. |

| Plaintiff's financial, client, and user information. | Redacted content in paragraphs 23 and 34 of Verified Complaint. |
|---|---|

IT IS SO ORDERED.

Dated: January 24, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE