## UNITED STATES DISTRICT COURT, FOR THE CENTRAL DISTRICT OF CALIFORNIA

**AXS GROUP, LLC**

        Plaintiff(s)

v.

**INTERNET REFERRAL SERVICES, LLC, EVENT TICKETS CENTER, INC., VERIFIED-TICKET.COM, AMOSA.APP AND SECURE TICKETS**

        Defendant(s)

**CASE NUMBER: 2:24-CV-00377 SPG (Ex)**

**AFFIDAVIT OF CORPORATE SERVICE**

---

I, Scott Hart, being first duly sworn under oath, depose and say the following:

I am over the age of 18 and competent to sign this affidavit. I have personal knowledge of the facts and statements contained herein, and they are true and correct to the best of my knowledge. I am not a party in this matter, and I have no interest in the outcome of this case. I am familiar with the process serving laws governing service of process, and I have never been convicted of a felony.

On **February 06, 2024** at approximately **3:43 PM**, Elite Legal Services received the within SUMMONS IN A CIVIL ACTION; UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA CIVIL COVER SHEET; VERIFIED COMPLAINT; EXHIBITS; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1) AND CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1); REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR); NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION (REDACTED); DECLARATION OF ALEX HAZBOUN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (REDACTED); [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; EX PARTE APPLICATION FOR AND MEMORANDUM IN SUPPORT OF AN ORDER GRANTING LEAVE FOR EXPEDITED DISCOVERY; DECLARATION OF J. MICHAEL KEYES IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER GRANTING LEAVE FOR EXPEDITED DISCOVERY; EXHIBITS; [PROPOSED] ORDER GRANTING LEAVE FOR EXPEDITED DISCOVERY; ORDER RETURNING CASE FOR REASSIGNMENT; CIVIL MINUTES - GENERAL; ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE COMPLAINT UNDER SEAL [ECF NO. 9]; VERIFIED COMPLAINT.

On **February 08, 2024** at approximately **8:20 AM**, I served the above documents on **EVENT TICKETS CENTER, INC.** by leaving the documents with **TAYLOR PATTON**, the **MANAGER OF PRODUCTION & AUTHORIZED AGENT** of **EVENT TICKETS CENTER, INC.**. The approximate description of **TAYLOR PATTON** is:

Sex: **Female** - Skin: **Caucasian** - Hair: **Blonde** - Age: **20-25** - Height: **5'5"** - Weight: **140 lbs**

Service was effected at **EVENT TICKETS CENTER, INC., 308 WEST UNIVERSITY AVENUE, SUITE B, GAINESVILLE, FL 32601** in **ALACHUA** county.

STATE OF _Florida_
COUNTY OF _Alachua_

Signed and sworn to before me on this _15th_ day of _February_, 20_24_.

_[signature]_
Notary Public

X _[signature]_
Scott Hart

Notary Public State of Florida
Nathan Gentry
My Commission HH 389445
Expires 5/9/2027

Elite Legal Services
1685 S. Colorado Blvd. Suite S-180
Denver, CO 80222
720-980-2277

Client Reference Number:
Lawyer Reference Number:
ELS Number: **52714**

DORSEY & WHITNEY, LLP
701 5TH AVE.
SUITE 6100
SEATTLE, WA 98104-7043
Requestor: NANCY DURAN
206.903.8715