DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
  keyes.mike@dorsey.com
Connor J. Hansen (*pro hac vice*)
  hansen.connor@dorsey.com
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: 206.903.8800
Facsimile:  206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  schmidt.kent@dorsey.com
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone:  714.800.1400
Facsimile:   714.800.1499

*Attorneys for Plaintiff AXS Group LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>          Plaintiff,<br><br>v.<br><br>INTERNET REFERRAL SERVICES, LLC, EVENT TICKETS CENTER, INC., VERIFIED-TICKET.COM, AMOSA.APP and SECURE.TICKETS,<br><br>          Defendants. | Case No. 2:24-CV-00377-SPG (Ex)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT INTERNET REFERRAL SERVICES, LLC TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**COMPLAINT SERVED: FEBRUARY 7, 2024**<br><br>**CURRENT RESPONSE DATE: FEBRUARY 28, 2024**<br><br>**NEW REPONSE DATE: MARCH 29, 2024** |

Plaintiff AXS Group LLC ("AXS" or "Plaintiff") and Defendant Internet Referral Services, LLC ("Referral Services") stipulate and respectfully request that the Court extend the deadline for Referral Services to answer or otherwise respond to the complaint by thirty days.

-2-

1  WHEREAS, on January 16, 2024, Plaintiff filed a Complaint in this action
2  against Referral Services and four other Defendants (ECF No. 1);
3  WHEREAS, on February 7, 2024, Plaintiff formally served Referral Services,
4  making its answer or response to the Complaint due on February 28, 2024 (ECF No.
5  24);
6  WHEREAS, on February 13, 2024, counsel for Referral Services and counsel
7  for AXS held a video conference in which they discussed the merits of the case and
8  a possible resolution of this matter;
9  WHEREAS, AXS and Referral Services agree to a thirty (30) day extension
10 of time to Referral Services deadline to answer or respond to the Complaint so they
11 can continue discussing a resolution to this matter;
12 WHEREAS, the parties have not previously requested an extension;
13 THEREFORE, AXS and Referral Services stipulate to a thirty (30) day
14 extension of time, making Referral Services' answer or response to the Complaint
15 due on March 29, 2024.
16 It is so stipulated.
17 ////
18 ////
19 ////
20 ////
21 ////
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28

| | | |
|---|---|---|
| 1 | Dated: February 27, 2024 | DORSEY & WHITNEY LLP |
| 2 | | |
| 3 | | By: /s/ J. Michael Keyes |
| | | J. Michael Keyes (SBN 262281) |
| 4 | | keyes.mike@dorsey.com |
| | | Connor J. Hansen (*pro hac vice*) |
| 5 | | hansen.connor@dorsey.com |
| | | Columbia Center |
| 6 | | 701 Fifth Avenue, Suite 6100 |
| | | Seattle, WA |
| 7 | | Telephone: 206.903.8800 |
| | | Facsimile: 206.903.8820 |
| 8 | | DORSEY & WHITNEY LLP |
| 9 | | Kent J. Schmidt (SBN 195969) |
| | | schmidt.kent@dorsey.com |
| 10 | | 600 Anton Boulevard, Suite 200 |
| | | Costa Mesa, CA 92626 |
| 11 | | Telephone: 714.800.1400 |
| | | Facsimile: 714.800.1499 |
| 12 | | *Attorneys for Plaintiff AXS Group LLC* |
| 13 | | |
| 14 | Dated: February 27, 2024 | BAKER BOTTS LLP |
| 15 | | |
| 16 | | By: /s/ Cheryl A. Cauley |
| | | Cheryl A. Cauley |
| 17 | | cheryl.cauley@bakerbotts.com |
| | | 1001 Page Mill Road |
| 18 | | Building One, Suite 200 |
| | | Palo Alto, CA |
| 19 | | Telephone: 650.739.7500 |
| | | Facsimile: 650.739.7699 |
| 20 | | *Attorneys for Defendant Internet referral Services* |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

-3-

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 27, 2024, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record. Any counsel of record who has not consented to electronic service through the Court's CM/ECF system will be served by electronic mail.

                                             */s/ J. Michael Keyes*
                                              J. Michael Keyes, SBN 262281