DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
  keyes.mike@dorsey.com
Connor J. Hansen (*pro hac vice*)
  hansen.connor@dorsey.com
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: 206.903.8800
Facsimile:  206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  schmidt.kent@dorsey.com
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone:  714.800.1400
Facsimile:   714.800.1499

*Attorneys for Plaintiff AXS Group LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>      Plaintiff,<br><br>v.<br><br>INTERNET REFERRAL SERVICES, LLC, EVENT TICKETS CENTER, INC., VERIFIED-TICKET.COM, AMOSA.APP and SECURE.TICKETS,<br><br>      Defendants. | Case No. 2:24-CV-00377-SPG (Ex)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT EVENT TICKETS CENTER, INC. TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**COMPLAINT SERVED: FEBRUARY 8, 2024**<br><br>**CURRENT RESPONSE DATE: FEBRUARY 29, 2024**<br><br>**NEW REPONSE DATE: MARCH 30, 2024** |

Plaintiff AXS Group LLC ("AXS" or "Plaintiff") and Defendant Event Tickets Center, Inc. ("Event Tickets") stipulate and respectfully request that the Court extend the deadline for Event Tickets to answer or otherwise respond to the complaint by thirty days.

1        WHEREAS, on January 16, 2024, Plaintiff filed a Complaint in this action
2   against Event Tickets and four other Defendants (ECF No. 1);

3        WHEREAS, on February 8, 2024, Plaintiff formally served Event Tickets,
4   making its answer or response to the Complaint due on February 29, 2024 (ECF No.
5   25);

6        WHEREAS, AXS and Event Tickets agree to a thirty (30) day extension of
7   time to Event Tickets' deadline to answer or respond to the Complaint so they can
8   discuss a resolution to this matter;

9        WHEREAS, the parties have not previously requested an extension;

10        THEREFORE, AXS and Event Tickets stipulate to a thirty (30) day extension
11   of time, making Event Tickets' answer or response to the Complaint due on
12   March 30, 2024.

13        It is so stipulated.

14   ////
15   ////
16   ////
17   ////
18   ////
19   ////
20   ////
21   ////
22   ////
23   ////
24   ////
25   ////
26   ////
27   ////

28

STIPULATION TO EXTEND DEADLINE
TO RESPOND TO COMPLAINT                    Case No. Case No. 2:24-CV-00377-SPG (Ex)

1    Dated:    February 28, 2024              DORSEY & WHITNEY LLP

2

3                                            By: */s/ J. Michael Keyes*
                                             J. Michael Keyes (SBN 262281)
4                                              *keyes.mike@dorsey.com*
                                             Connor J. Hansen (*pro hac vice*)
5                                              *hansen.connor@dorsey.com*
                                             Columbia Center
6                                            701 Fifth Avenue, Suite 6100
                                             Seattle, WA
7                                            Telephone:  206.903.8800
                                             Facsimile:  206.903.8820

8                                            DORSEY & WHITNEY LLP
                                             Kent J. Schmidt (SBN 195969)
9                                              *schmidt.kent@dorsey.com*
                                             600 Anton Boulevard, Suite 200
10                                           Costa Mesa, CA 92626
                                             Telephone:  714.800.1400
11                                           Facsimile:  714.800.1499

12                                           *Attorneys for Plaintiff AXS Group LLC*

13   Dated:    February 28, 2024              FISH & RICHARDSON P.C.

14

15                                           By: */s/ John Thornburgh*
                                             John Thornburgh (SBN 154627)
16                                             *thornburgh@fr.com*
                                             12860 El Camino Real Suite 400
17                                           San Diego, CA 92130
                                             Telephone:  858.678.4312
18                                           Facsimile:  858.678-5099

19                                           Christopher S. Marchese (SBN 170239)
                                               *marchese@fr.com*
20                                           633 W 5th 26th Fl.
                                             Los Angeles, CA 90071
21                                           Telephone:   213-533-4240

22                                           *Attorneys for Defendant Event Tickets
                                             Center, Inc.*

23

24

25

26

27

28

STIPULATION TO EXTEND DEADLINE
TO RESPOND TO COMPLAINT                       Case No. Case No. 2:24-CV-00377-SPG (Ex)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2024, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record.  Any counsel of record who has not consented to electronic service through the Court's CM/ECF system will be served by electronic mail.

*/s/ J. Michael Keyes*
J. Michael Keyes, SBN 262281

-4-

STIPULATION TO EXTEND DEADLINE
TO RESPOND TO COMPLAINT                    Case No. Case No. 2:24-CV-00377-SPG (Ex)