1  Theodore W. Chandler (Bar No. 219456)
      <ted.chandler@bakerbotts.com>
2  BAKER BOTTS L.L.P.
   1801 Century Park East, Suite 2400
3  Los Angeles, California 90067
   Telephone:   (213) 202-5702
4  Facsimile:   (213) 202-5732

5  Cheryl A. Cauley (Bar No. 252262)
      <cheryl.cauley@bakerbotts.com>
6  BAKER BOTTS L.L.P.
   1001 Page Mill Road
7  Building One, Suite 200
   Palo Alto, CA  94304-1007
8  Telephone: (650) 739-7500
   Facsimile: (650) 739-7699
9
   *Attorneys for Defendant*
10 *Internet Referral Services, LLC*

11
                **UNITED STATES DISTRICT COURT**
12
                **CENTRAL DISTRICT OF CALIFORNIA**
13

| | |
|---|---|
| 14  AXS GROUP LLC, | Case No. 2:24-CV-00377-SPG (Ex) |
| 15           Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT INTERNET REFERRAL SERVICES, LLC TO RESPOND TO COMPLAINT** |
| 16  v. | |
| 17  INTERNET REFERRAL SERVICES, LLC, EVENT TICKETS CENTER, INC., VERIFIED-TICKET.COM, AMOSA.APP and SECURE.TICKETS, | **COMPLAINT SERVED: FEBRUARY 7, 2024** |
| 18 | **CURRENT RESPONSE DATE: MARCH 29, 2024** |
| 19           Defendants. | |
| 20 | **NEW REPONSE DATE: APRIL 29, 2024** |
| 21 | |

22        Plaintiff AXS Group LLC ("AXS" or "Plaintiff") and Defendant Internet

23  Referral Services, LLC ("Referral Services") stipulate and respectfully request that

24  the Court extend the deadline for Referral Services to answer or otherwise respond

25  to the complaint by thirty days.

26        WHEREAS, on January 16, 2024, Plaintiff filed a Complaint in this action

27  against Referral Services and four other Defendants (ECF No. 1);

28

1  WHEREAS, on February 7, 2024, Plaintiff formally served Referral Services,
2  (ECF No. 24);

3  WHEREAS, the parties previously agreed to extend the deadline for Referral
4  Services to respond to the Complaint from February 28, 2024 to March 29, 2024
5  (ECF No. 26);

6  WHEREAS, the parties have been engaging in discussions to explore a
7  possible resolution of this matter;

8  WHEREAS, having additional time to engage in further discussions will be
9  beneficial to the potential for early resolution;

10  WHEREAS, AXS and Referral Services agree to a thirty (30) day extension
11  of time to Referral Services' deadline to answer or respond to the Complaint so they
12  can continue discussing a resolution to this matter;

13  THEREFORE, AXS and Referral Services stipulate to a thirty (30) day
14  extension of time, making Referral Services' answer or response to the Complaint
15  due on April 29, 2024.

16  It is so stipulated.

17  ////
18  ////
19  ////
20  ////
21  ////
22  ////
23  ////
24  ////
25  ////
26  ////
27  ////
28

1 | Dated:    March 22, 2024

DORSEY & WHITNEY LLP

By: */s/ J. Michael Keyes*
J. Michael Keyes (SBN 262281)
  *keyes.mike@dorsey.com*
Connor J. Hansen (*pro hac vice*)
  *hansen.connor@dorsey.com*
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA
Telephone:  206.903.8800
Facsimile:   206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  *schmidt.kent@dorsey.com*
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone:  714.800.1400
Facsimile:   714.800.1499

*Attorneys for Plaintiff AXS Group LLC*

Dated:    March 22, 2024

BAKER BOTTS LLP

By: */s/ Cheryl A. Cauley*
Cheryl A. Cauley
  *cheryl.cauley@bakerbotts.com*
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA
Telephone:  650.739.7500
Facsimile:   650.739.7699

*Attorneys for Defendant Internet Referral Services, LLC*

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 22, 2024, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record.  Any counsel of record who has not consented to electronic service through the Court's CM/ECF system will be served by electronic mail.

*/s/ Cheryl A. Cauley*

Cheryl A. Cauley