# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>                Plaintiff,<br><br>        v.<br><br>INTERNET REFERRAL SERVICES, LCC, EVENT TICKETS CENTER, INC., VERIFIED-TICKET.COM, AMOSA.APP and SECURE.TICKETS,<br><br>                Defendants. | Case No. 2:24–CV–00377–SPG (Ex)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT INTERNET REFERRAL SERVICES, LLC TO RESPOND TO COMPLAINT** |

On March 22, 2024, Plaintiff AXS Group LLC and Defendant Internet Referral Services, LLC filed a Stipulation to Extend Time for Defendant Internet Referral Services, LLC to Respond to Complaint.

The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

The deadline for Defendant Internet Referral Services, LLC to respond to the Complaint in this matter is extended from March 29, 2024 to April 29, 2024.

IT IS SO ORDERED.

Dated: _____

                                HON. SHERILYN PEACE GARNETT
                                UNITED STATES DISTRICT JUDGE