DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
  keyes.mike@dorsey.com
Connor J. Hansen (*pro hac vice*)
  hansen.connor@dorsey.com
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: 206.903.8800
Facsimile:  206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  schmidt.kent@dorsey.com
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone:  714.800.1400
Facsimile:   714.800.1499

*Attorneys for Plaintiff AXS Group LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTERNET REFERRAL SERVICES, LLC, EVENT TICKETS CENTER, INC., VERIFIED-TICKET.COM, AMOSA.APP and SECURE.TICKETS,<br><br>Defendants. | Case No. 2:24-CV-00377-SPG (Ex)<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT EVENT TICKETS CENTER, INC. TO RESPOND TO COMPLAINT BY 30 DAYS**<br><br>**COMPLAINT SERVED: FEBRUARY 8, 2024**<br><br>**CURRENT RESPONSE DATE: APRIL 29, 2024**<br><br>**NEW REPONSE DATE: MAY 29, 2024** |

Plaintiff AXS Group LLC ("AXS" or "Plaintiff") and Defendant Event Tickets Center, Inc. ("Event Tickets") stipulate and respectfully request that the Court extend the deadline for Event Tickets to answer or otherwise respond to the Complaint by thirty days.

WHEREAS, on January 16, 2024, Plaintiff filed a Complaint in this action against Event Tickets and four other Defendants (ECF No. 1);

- 1 -

WHEREAS, on February 8, 2024, Plaintiff formally served Event Tickets, making its answer or response to the Complaint due on February 29, 2024 (ECF No. 25);

WHEREAS, the parties previously agreed to extend the deadline for Event Tickets to respond to the Complaint from February 29, 2024 to March 30, 2024 (ECF No. 30), and then from March 30, 2024 to April 29, 2024 (ECF No. 32);

WHEREAS, the parties have been engaging in discussions to explore a possible resolution of this matter;

WHEREAS, having additional time to engage in further discussions will be beneficial to the potential for an early resolution;

WHEREAS, AXS and Event Tickets agree to a thirty (30) day extension of time to Event Tickets' deadline to answer or respond to the Complaint so they can continue discussing a resolution to this matter;

THEREFORE, AXS and Event Tickets stipulate to a thirty (30) day extension of time, making Event Tickets' answer or response to the Complaint due on May 29, 2024.

It is so stipulated.

////
////
////
////
////
////
////
////
////
////
////

STIPULATION TO EXTEND DEADLINE
TO RESPOND TO COMPLAINT                          Case No. 2:24-CV-00377-SPG (Ex)

1    Dated:    April 29, 2024            DORSEY & WHITNEY LLP

2

3                                         By: */s/ J. Michael Keyes*
                                          J. Michael Keyes (SBN 262281)
4                                           *keyes.mike@dorsey.com*
                                          Connor J. Hansen (*pro hac vice*)
5                                           *hansen.connor@dorsey.com*
                                          Columbia Center
6                                         701 Fifth Avenue, Suite 6100
                                          Seattle, WA
7                                         Telephone:  206.903.8800
                                          Facsimile:   206.903.8820

8                                         DORSEY & WHITNEY LLP
                                          Kent J. Schmidt (SBN 195969)
9                                           *schmidt.kent@dorsey.com*
                                          600 Anton Boulevard, Suite 200
10                                        Costa Mesa, CA 92626
                                          Telephone:  714.800.1400
11                                        Facsimile:  714.800.1499

12                                        *Attorneys for Plaintiff AXS Group LLC*

13

14   Dated:    April 29, 2024            FISH & RICHARDSON P.C.

15

16                                        By: */s/ John Thornburgh*
                                          John Thornburgh (SBN 154627)
17                                          *thornburgh@fr.com*
                                          12860 El Camino Real Suite 400
18                                        San Diego, CA 92130
                                          Telephone:  858.678.4312
19                                        Facsimile:   858.678.5099

20                                        Christopher S. Marchese (SBN 170239)
                                            *marchese@fr.com*
21                                        633 W 5th 26th Floor
                                          Los Angeles, CA 90071
22                                        Telephone:  213.533.4240

23                                        *Attorneys for Defendant Event Tickets Center, Inc.*

24

25
     Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all
26   signatories listed, and on whose behalf the filing is submitted, concur in the filing's
27   content and have authorized this filing.

28

                                          -3-

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2024, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record.  Any counsel of record who has not consented to electronic service through the Court's CM/ECF system will be served by electronic mail.


*/s/ J. Michael Keyes*
J. Michael Keyes, SBN 262281