# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>INTERNET REFERRAL SERVICES, LCC, EVENT TICKETS CENTER, INC., VERIFIED-TICKET.COM, AMOSA.APP and SECURE.TICKETS,<br><br>      Defendants. | Case No. 2:24–CV–00377–SPG (Ex)<br><br>**ORDER GRANTING STIPULATED INTERIM PROTECTIVE ORDER** |

  On April 29, 2024, Plaintiff AXS Group LLC ("AXS" or "Plaintiff") and Defendant Event Tickets Center, Inc. ("Event Tickets") filed a Stipulated Interim Protective Order.

  The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation.

  IT IS SO ORDERED.

  IT IS FURTHER ORDERED that pursuant to Fed. R. Evid. 502(d), the production of any documents in this proceeding shall not, for the purposes of this proceeding or any other federal or state proceeding, constitute a waiver by the producing party of any privilege applicable to those documents, including the attorney-client privilege, attorney work-product protection, or any other privilege or protection recognized by law.

1 | DATED this <u>29th</u> day of <u>  April  </u>, 2024.

<u>        /s/ Charles F. Eick        </u>
HON. CHARLES F. EICK
 United States Magistrate Judge