# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>INTERNET REFERRAL SERVICES, LCC, EVENT TICKETS CENTER, INC., VERIFIED-TICKET.COM, AMOSA.APP and SECURE.TICKETS,<br><br>　　　　Defendants. | Case No. 2:24–CV–00377–SPG (Ex)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT EVENT TICKETS CENTER, INC. TO RESPOND TO COMPLAINT** |

　　On April 29, 2024 Plaintiff AXS Group LLC and Defendant Event Tickets Center, Inc. filed a Stipulation to Extend Time for Defendant Event Tickets Center, Inc. to respond to the Complaint by 30 Days.

　　The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

　　The deadline for Defendant Event Tickets Center, Inc. to respond to the Complaint in this matter is extended from April 29, 2024 to May 29, 2024.

　　IT IS SO ORDERED.

Dated: May 3, 2024

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-1-