# Exhibit A



Enter Domain or IP     WHOIS

DOMAINS   WEBSITE   CLOUD   HOSTING   SERVERS   EMAIL   SECURITY   WHOIS   SUPPORT   LOGIN   0

# verified-tickets.com

Updated 27 days ago

## Domain Information

| Domain: | verified-tickets.com |
| Registrar: | Google LLC |
| Registered On: | 2021-09-15 |
| Expires On: | 2023-09-15 |
| Updated On: | 2022-09-15 |
| Status: | clientTransferProhibited |
| Name Servers: | ns1.a2hosting.com<br>ns2.a2hosting.com<br>ns3.a2hosting.com<br>ns4.a2hosting.com |

## Registrant Contact

| Name: | Contact Privacy Inc. Customer 7151571251 |
| Organization: | Contact Privacy Inc. Customer 7151571251 |
| Street: | 96 Mowat Ave |
| City: | Toronto |
| State: | ON |
| Postal Code: | M4K 3K1 |
| Country: | CA |
| Phone: | +1.4165385487 |
| Email: | https://domains.google.com/contactregistrant?domain=verified-tickets.com |

## Administrative Contact

| Name: | Contact Privacy Inc. Customer 7151571251 |
| Organization: | Contact Privacy Inc. Customer 7151571251 |
| Street: | 96 Mowat Ave |
| City: | Toronto |
| State: | ON |
| Postal Code: | M4K 3K1 |
| Country: | CA |

.space
~~$24.88~~   $0.88

BUY NOW

*Offer ends 30th June 2023

**On Sale!**



.PRO @ $3.88 ~~$28.88~~



| Phone: | +1.4165385487 |
|---|---|
| Email: | https://domains.google.com/contactregistrant?domain=verified-tickets.com |

### Technical Contact

| Name: | Contact Privacy Inc. Customer 7151571251 |
|---|---|
| Organization: | Contact Privacy Inc. Customer 7151571251 |
| Street: | 96 Mowat Ave |
| City: | Toronto |
| State: | ON |
| Postal Code: | M4K 3K1 |
| Country: | CA |
| Phone: | +1.4165385487 |
| Email: | https://domains.google.com/contactregistrant?domain=verified-tickets.com |

### Raw Whois Data

```
Domain Name: verified-tickets.com
Registry Domain ID: 2641229935_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.google.com
Registrar URL: https://domains.google.com
Updated Date: 2022-09-15T22:40:26Z
Creation Date: 2021-09-15T15:36:06Z
Registrar Registration Expiration Date: 2023-09-15T15:36:06Z
Registrar: Google LLC
Registrar IANA ID: 895
Registrar Abuse Contact Email: registrar-abuse@google.com
Registrar Abuse Contact Phone: +1.8772376466
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferPro
Registry Registrant ID:
Registrant Name: Contact Privacy Inc. Customer 7151571251
Registrant Organization: Contact Privacy Inc. Customer 7151571251
Registrant Street: 96 Mowat Ave
Registrant City: Toronto
Registrant State/Province: ON
Registrant Postal Code: M4K 3K1
Registrant Country: CA
Registrant Phone: +1.4165385487
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: https://domains.google.com/contactregistrant?domain=verified-tick
Registry Admin ID:
Admin Name: Contact Privacy Inc. Customer 7151571251
Admin Organization: Contact Privacy Inc. Customer 7151571251
Admin Street: 96 Mowat Ave
Admin City: Toronto
Admin State/Province: ON
Admin Postal Code: M4K 3K1
Admin Country: CA
Admin Phone: +1.4165385487
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: https://domains.google.com/contactregistrant?domain=verified-tickets.c
Registry Tech ID:
Tech Name: Contact Privacy Inc. Customer 7151571251
Tech Organization: Contact Privacy Inc. Customer 7151571251
Tech Street: 96 Mowat Ave
Tech City: Toronto
```

```
  Tech State/Province: ON
  Tech Postal Code: M4K 3K1
  Tech Country: CA
  Tech Phone: +1.4165385487
  Tech Phone Ext:
  Tech Fax:
  Tech Fax Ext:
  Tech Email: https://domains.google.com/contactregistrant?domain=verified-tickets.co
  Name Server: NS1.A2HOSTING.COM
  Name Server: NS2.A2HOSTING.COM
  Name Server: NS3.A2HOSTING.COM
  Name Server: NS4.A2HOSTING.COM
  DNSSEC: unsigned
  URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
  >>> Last update of WHOIS database: 2023-06-02T18:41:43.205661Z <<<

  For more information on Whois status codes, please visit
  https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

  Please register your domains at: https://domains.google.com/
  This data is provided by Google for information purposes, and to assist
  persons obtaining information about or related to domain name registration
  records. Google does not guarantee its accuracy.
  By submitting a WHOIS query, you agree that you will use this data only for
  lawful purposes and that, under no circumstances, will you use this data to:
  1) allow, enable, or otherwise support the transmission of mass
     unsolicited, commercial advertising or solicitations via E-mail (spam); or
  2) enable high volume, automated, electronic processes that apply to this
     WHOIS server.
  These terms may be changed without prior notice.
  By submitting this query, you agree to abide by this policy.
```

## related domain names

google.com     icann.org     a2hosting.com     internic.net



Leading provider of web presence solutions that empower you to establish and grow your online presence.

Learn more About Us

| Login | or | Create an Account |

Follow Us

**Domains**

Register Domain Name

Transfer Domain Name

View Domain Pricing

Whois Lookup

Name Suggestion Tool

Free with Every Domain

Domain Offers

**Hosting & Products**

Linux Hosting

Windows Hosting

WordPress Hosting

Linux Reseller Hosting

Windows Reseller Hosting

Dedicated Servers

Cloud Hosting

Website Builder

Business Email

Enterprise Email

Google Workspace

SSL Certificates

Sitelock

CodeGuard

**Infrastructure**

Datacenter Details

Hosting Security

24 x 7 Servers Monitoring

Backup and Recovery

**Support**

View Knowledge Base

Contact Support

Report Abuse

About Whois

Copyright © Whois.com. All rights reserved  |  Legal Agreement  |  Privacy Policy