# Exhibit B

**.COM @ $8.98 Only!**   Buy .COM At Very Low Industry Prices. While Stocks Last!   BUY NOW



Enter Domain or IP          WHOIS

DOMAINS   WEBSITE   CLOUD   HOSTING   SERVERS   EMAIL   SECURITY   WHOIS   SUPPORT   LOGIN   0

# amosa.app

Updated 1 second ago

## Domain Information

| | |
|---|---|
| Domain: | amosa.app |
| Registrar: | Dynadot LLC. |
| Registered On: | 2019-08-06 |
| Expires On: | 2023-08-06 |
| Updated On: | 2022-07-28 |
| Status: | clientTransferProhibited |
| Name Servers: | ns1.digitalocean.com<br>ns2.digitalocean.com |

## Registrant Contact

| | |
|---|---|
| State: | California |
| Country: | US |

## Raw Whois Data

```
Domain Name: amosa.app
Registry Domain ID: 3BF378A66-APP
Registrar WHOIS Server: whois.dynadot.com
Registrar URL: http://www.dynadot.com
Updated Date: 2022-07-28T12:03:41Z
Creation Date: 2019-08-06T17:07:06Z
Registry Expiry Date: 2023-08-06T17:07:06Z
Registrar: Dynadot LLC.
Registrar IANA ID: 472
Registrar Abuse Contact Email: abuse@dynadot.com
Registrar Abuse Contact Phone: +1.6505851961
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibi
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: California
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Email: Please query the WHOIS server of the owning registrar identified
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Email: Please query the WHOIS server of the owning registrar identified in th
Registry Tech ID: REDACTED FOR PRIVACY
```

**Interested in similar domains?**

| | |
|---|---|
| amosaproperties.com | Buy Now |
| amosahotel.com | Buy Now |
| doamosa.com | Buy Now |
| amosainvest.com | Buy Now |
| amosaproperties.net | Buy Now |
| beamosa.com | Buy Now |

.com  $11.88  $8.98

BUY NOW

*While stocks last

**On Sale!**



**.FUN @ $1.88** $23.88

```
Tech Name: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Email: Please query the WHOIS server of the owning registrar identified in thi
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code: REDACTED FOR PRIVACY
Billing Country: REDACTED FOR PRIVACY
Billing Phone: REDACTED FOR PRIVACY
Billing Email: Please query the WHOIS server of the owning registrar identified in
Name Server: ns1.digitalocean.com
Name Server: ns2.digitalocean.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of WHOIS database: 2023-06-12T17:16:18Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Please query the WHOIS server of the owning registrar identified in this
output for information on how to contact the Registrant, Admin, or Tech
contact of the queried domain name.

WHOIS information is provided by Charleston Road Registry Inc. (CRR) solely
for query-based, informational purposes. By querying our WHOIS database, you
are agreeing to comply with these terms
(https://www.registry.google/about/whois-disclaimer.html) and acknowledge
that your information will be used in accordance with CRR's Privacy Policy
(https://www.registry.google/about/privacy.html), so please read those
documents carefully.  Any information provided is "as is" without any
guarantee of accuracy. You may not use such information to (a) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations; (b) enable high volume, automated,
electronic processes that access the systems of CRR or any ICANN-Accredited
Registrar, except as reasonably necessary to register domain names or modify
existing registrations; or (c) engage in or support unlawful behavior. CRR
reserves the right to restrict or deny your access to the Whois database,
and may modify these terms at any time.
```



### related domain names

dynadot.com     icann.org     digitalocean.com     registry.google

---



Leading provider of web presence solutions that empower you to establish and grow your online presence.

Learn more About Us

| Login | or | Create an Account |

Follow Us

**Domains**
- Register Domain Name
- Transfer Domain Name
- View Domain Pricing
- Whois Lookup
- Name Suggestion Tool
- Free with Every Domain
- Domain Offers

**Hosting & Products**
- Linux Hosting
- Windows Hosting
- WordPress Hosting
- Linux Reseller Hosting
- Windows Reseller Hosting
- Dedicated Servers
- Cloud Hosting
- Website Builder
- Business Email

**Infrastructure**
- Datacenter Details
- Hosting Security
- 24 x 7 Servers Monitoring
- Backup and Recovery

**Support**
- View Knowledge Base
- Contact Support
- Report Abuse

Enterprise Email

Google Workspace

SSL Certificates

Sitelock

CodeGuard

About Whois

Copyright © Whois.com. All rights reserved  |  Legal Agreement  |  Privacy Policy