# Exhibit D





English (US)

Sign in

AXS Help Center > Receive and Use Tickets > AXS Mobile ID

Search

### Articles in this section

- What is AXS Mobile ID?
- Can I print my AXS Mobile ID ticket?
- How do I use my AXS Mobile ID to enter the venue?

## What is AXS Mobile ID?

*Please note: the below applies for events in the US. For UK events, please select "English (GB)" in the top drop-down box*

AXS Mobile ID digital tickets are tickets you use with your phone – like e-tickets or mobile tickets from an airline or movie theater -- they make getting in easier than ever.

Simply show your tickets on your phone using the AXS app to enter the venue.

Select AXS Mobile ID as your delivery method when buying tickets (it's free!), and then follow these simple steps to use them:

1. Get the AXS app if you haven't already.
2. Open the app and sign in to see your tickets.
3. Show the tickets in the app at the gate and get them scanned to enter.

If you're going with a group, make sure everyone enters together, or transfer tickets to friends before the event.

Questions? Click here to complete our support form.

How do I get the AXS App? Find out more here.

App Store Preview

Open the Mac App Store to buy and download apps.



**AXS Tickets** 4+

AXS Events, Concerts & Sports

AXS

Designed for iPad

#24 in Entertainment

★★★★½ 4.6 • 232.6K Ratings

Free

## Screenshots   iPad   iPhone






Google Play   Games   Apps   Movies & TV   Books   Kids

# AXS Tickets

AXS, LLC

4.3★
18.4K reviews

5M+
Downloads

E
Everyone

Install   Share   Add to wishlist



## About this app

Tap for tickets to see the artists and teams you love. With the AXS app, you can find great events near you, buy 100% official tickets, sell your seats if you can't go, and more. It's all a fan needs, all in one app.

