# Exhibit E





EVENTS & TICKETS    PLAN YOUR VISIT    PREMIUM HOSPITALITY    ARENA INFO    CONNECT WITH US    Translate

# AXS Mobile ID FAQ

Your AXS Mobile ID is the secure and unique code for all of your tickets, and all you need is the AXS app to use it (iOS or Android). No paper tickets required.

## Getting Started



What is AXS Mobile ID? ⌄

Why did the venue decide to use AXS Mobile ID? ⌄

How do I create an AXS account? ⌄



