1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

AXS GROUP LLC,

11

       Plaintiff,

12

v.

13

INTERNET REFERRAL SERVICES, LCC, EVENT TICKETS CENTER, INC., VERIFIED-TICKET.COM, AMOSA.APP, and SECURE.TICKETS,

14

15

16

      Defendants.

Case No. 2:24-CV-00377 SPG (EX)

**ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE FIRST AMENDED VERIFIED COMPLAINT UNDER SEAL**

17

18

19

20

21

22

23

24

25

26

27

28

On May 6, 2024, Plaintiff filed an Application for Leave to File First Amended Verified Complaint.   The Court, having considered Plaintiff's Application and finding good cause therefor, hereby GRANTS the Application and ORDERS as follows:

The First Amended Verified Complaint in this action is sealed as to the information described below:

| Description | Material to be Sealed |
|---|---|
| Information relating to Plaintiff's security and access control measures and Defendants' bypass thereof. | Redacted content in paragraphs 24, 63, 85, 91, 100 of First Amended Verified Complaint. |
| Plaintiff's financial, client, and user information. | Redacted content in paragraphs 23 and 34 of Verified Complaint. |

**IT IS SO ORDERED.**

Dated: May 8, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE