1
2
3
4
5

DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
  *keyes.mike@dorsey.com*
Connor J. Hansen (*pro hac vice*)
  *hansen.connor@dorsey.com*
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: 206.903.8800
Facsimile:  206.903.8820

6
7
8
9

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  *schmidt.kent@dorsey.com*
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone:  714.800.1400
Facsimile:   714.800.1499

10

*Attorneys for Plaintiff AXS Group LLC*

11

# UNITED STATES DISTRICT COURT

12

## CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| AXS GROUP LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>INTERNET REFERRAL SERVICES, LLC, EVENT TICKETS CENTER, INC., VIRTUAL BARCODE DISTRIBUTION LLC, ALTAN TANRIVERDI, and SECURE.TICKETS,<br><br>                    Defendants. | Case No. 2:24-CV-00377-SPG (Ex)<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT EVENT TICKETS CENTER, INC. TO RESPOND TO FIRST AMENDED COMPLAINT BY 30 DAYS**<br><br>**COMPLAINT SERVED: FEBRUARY 8, 2024**<br><br>**CURRENT RESPONSE DATE: MAY 29, 2024**<br><br>**NEW REPONSE DATE: JUNE 28, 2024** |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

        Plaintiff AXS Group LLC ("AXS" or "Plaintiff") and Defendant Event Tickets Center, Inc. ("Event Tickets") stipulate and respectfully request that the Court extend the deadline for Event Tickets to answer or otherwise respond to the Complaint by thirty days.

        WHEREAS, on January 16, 2024, Plaintiff filed a Complaint in this action

1  against Event Tickets and four other Defendants (ECF No. 1);

2       WHEREAS, on February 8, 2024, Plaintiff formally served Event Tickets,

3  making its answer or response to the Complaint due on February 29, 2024 (ECF No.

4  25);

5       WHEREAS, the parties previously agreed to extend the deadline for Event

6  Tickets to respond to the Complaint from February 29, 2024 to March 30, 2024 (ECF

7  No. 30), from March 30, 2024 to April 29, 2024 (ECF No. 32), from April 29, 2024

8  to May 29, 2024 (ECF No. 35);

9       WHEREAS, Plaintiff filed a First Amended Complaint on May 6, 2024 (ECF

10  No. 39);

11       WHEREAS, the parties have been engaging in discussions to explore a

12  possible resolution of this matter, including the entry of a Stipulated Interim

13  Protective Order to facilitate the exchange of confidential information (ECF No. 37)

14  and several calls between counsel;

15       WHEREAS, having additional time to engage in further discussions will be

16  beneficial to the potential for an early resolution;

17       WHEREAS, AXS and Event Tickets agree to a thirty (30) day extension of

18  time to Event Tickets' deadline to answer or respond to the First Amended Complaint

19  so they can continue discussing a resolution to this matter;

20       THEREFORE, AXS and Event Tickets stipulate to a thirty (30) day extension

21  of time, making Event Tickets' answer or response to the First Amended Complaint

22  due on June 28, 2024.

23       It is so stipulated.

24  ////

25  ////

26  ////

27  ////

28  ////

STIPULATION TO EXTEND DEADLINE
TO RESPOND TO COMPLAINT                          Case No. 2:24-CV-00377-SPG (Ex)

1   Dated:    May 28, 2024          DORSEY & WHITNEY LLP

2

3                                   By: */s/ J. Michael Keyes*
                                    J. Michael Keyes (SBN 262281)
4                                     *keyes.mike@dorsey.com*
                                    Connor J. Hansen (*pro hac vice*)
5                                     *hansen.connor@dorsey.com*
                                    Columbia Center
6                                   701 Fifth Avenue, Suite 6100
                                    Seattle, WA
7                                   Telephone:  206.903.8800
                                    Facsimile:   206.903.8820

8                                   DORSEY & WHITNEY LLP
                                    Kent J. Schmidt (SBN 195969)
9                                     *schmidt.kent@dorsey.com*
                                    600 Anton Boulevard, Suite 200
10                                  Costa Mesa, CA 92626
                                    Telephone:  714.800.1400
11                                  Facsimile:   714.800.1499

12                                  *Attorneys for Plaintiff AXS Group LLC*

13

14  Dated:    May 28, 2024          FISH & RICHARDSON P.C.

15

16                                  By: */s/ John Thornburgh*
                                    John Thornburgh (SBN 154627)
17                                    *thornburgh@fr.com*
                                    12860 El Camino Real Suite 400
18                                  San Diego, CA 92130
                                    Telephone:  858.678.4312
                                    Facsimile:   858.678.5099
19
                                    Christopher S. Marchese (SBN 170239)
20                                    *marchese@fr.com*
                                    633 W 5th 26th Floor
21                                  Los Angeles, CA 90071
                                    Telephone:  213.533.4240
22
                                    *Attorneys for Defendant Event Tickets
23                                  Center, Inc.*

24

25  Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all
26  signatories listed, and on whose behalf the filing is submitted, concur in the filing's
27  content and have authorized this filing.

28

                                         -3-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 28, 2024, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record.  Any counsel of record who has not consented to electronic service through the Court's CM/ECF system will be served by electronic mail.

                                   */s/ J. Michael Keyes*
                                   J. Michael Keyes, SBN 262281

-4-

STIPULATION TO EXTEND DEADLINE
TO RESPOND TO COMPLAINT                      Case No. 2:24-CV-00377-SPG (Ex)