## UNITED STATES DISTRICT COURT, FOR THE CENTRAL DISTRICT OF CALIFORNIA

**AXS GROUP, LLC**

    Plaintiff(s)

v.

**INTERNET REFERRAL SERVICES, LLC ET AL**

    Defendant(s)

**CASE NUMBER: 2:24-cv-00377-SPG-Ex**

**AFFIDAVIT OF CORPORATE SERVICE**

---

I, Robert Guyette, being first duly sworn under oath, depose and say the following:

I am over the age of 18 and competent to sign this affidavit. I have personal knowledge of the facts and statements contained herein, and they are true and correct to the best of my knowledge. I am not a party in this matter, and I have no interest in the outcome of this case. I am familiar with the process serving laws governing service of process, and I have never been convicted of a felony.

On **May 10, 2024** at approximately **7:09 PM**, Elite Legal Services received the within **SUMMONS IN A CIVIL ACTION ON FIRST AMENDED COMPLAINT; FIRST AMENDED VERIFIED COMPLAINT FOR: 1) FEDERAL COPYRIGHT INFRINGEMENT; 2) VIOLATION OF DIGITAL MILLENNIUM COPYRIGHT ACT; 3) TRADEMARK COUNTERFEITING; 4) FEDERAL TRADEMARK INFRINGEMENT; 5) FEDERAL FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION; 6) UNFAIR COMPETITION UNDER CAL. BUS. & PROF. CODE; 7) COMMON LAW FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION; 8) CIVIL CONSPIRACY; AND 9) BREACH OF CONTRACT. JURY DEMANDED; EXHIBITS; PLAINTIFF'S APPLICATION FOR LEAVE TO FILE FIRST AMENDED VERIFIED COMPLAINT UNDER SEAL; [PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE FIRST AMENDED VERIFIED COMPLAINT UNDER SEAL; COMPLAINT FOR: 1) FEDERAL COPYRIGHT INFRINGEMENT; 2) VIOLATION OF DIGITAL MILLENNIUM COPYRIGHT ACT; 3) TRADEMARK COUNTERFEITING; 4) FEDERAL TRADEMARK INFRINGEMENT; 5) FEDERAL FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION; 6) UNFAIR COMPETITION UNDER CAL. BUS. & PROF. CODE; 7) COMMON LAW FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION; 8) CIVIL CONSPIRACY; AND 9) BREACH OF CONTRACT. JURY DEMANDED; NOTICE OF ELECTRONIC FILING; CIVIL COVER SHEET; REDACTED VERIFIED COMPLAINT FOR: 1) FEDERAL COPYRIGHT INFRINGEMENT; 2) VIOLATION OF DIGITAL MILLENNIUM COPYRIGHT ACT; 3) TRADEMARK COUNTERFEITING; 4) FEDERAL TRADEMARK INFRINGEMENT; 5) FEDERAL FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION; 6) UNFAIR COMPETITION UNDER CAL. BUS. & PROF. CODE; 7) COMMON LAW FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION; 8) CIVIL CONSPIRACY; AND 9) BREACH OF CONTRACT. JURY DEMANDED; EXHIBITS; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1) AND CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1); REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION (REDACTED); DECLARATION OF ALEX HAZBOUN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (REDACTED); [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; EX PARTE APPLICATION FOR AND MEMORANDUM IN SUPPORT OF AN ORDER GRANTING LEAVE FOR EXPEDITED DISCOVERY; DECLARATION OF J. MICHAEL KEYES IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER GRANTING LEAVE FOR EXPEDITED DISCOVERY (WITH EXHIBITS); [PROPOSED] ORDER GRANTING LEAVE FOR EXPEDITED DISCOVERY; ORDER RETURNING CASE FOR REASSIGNMENT; CIVIL MINUTES - GENERAL; ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE COMPLAINT UNDER SEAL [ECF NO. 9]; VERIFIED COMPLAINT FOR: 1) FEDERAL COPYRIGHT INFRINGEMENT; 2) VIOLATION OF DIGITAL MILLENNIUM COPYRIGHT ACT; 3) TRADEMARK COUNTERFEITING; 4) FEDERAL TRADEMARK INFRINGEMENT; 5) FEDERAL FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION; 6) UNFAIR COMPETITION UNDER CAL. BUS. & PROF. CODE; 7) COMMON LAW FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION; 8) CIVIL CONSPIRACY; AND 9) BREACH OF CONTRACT. JURY DEMANDED.**

On **May 13, 2024** at approximately **2:14 PM**, I served the above documents on **VIRTUAL BARCODE DISTRIBUTION LLC** by leaving the documents with **NANCY DOUGHERTY**, the **AUTHORIZED AGENT** of

THE SECRETARY OF STATE OF THE STATE OF NEW YORK, the AUTHORIZED AGENT of VIRTUAL BARCODE DISTRIBUTION LLC. The approximate description of NANCY DOUGHERTY is:

Sex: **Female** - Skin: **Caucasian** - Hair: **Brown** - Age: **60** - Height: **5'1"** - Weight: **120 lbs**

Service was effected at **SECRETARY OF STATE OF THE STATE OF NEW YORK, 99 WASHINGTON AVE, 6TH FLOOR, ALBANY, NY 12231** in **ALBANY** county.

STATE OF New York
COUNTY OF Albany

Signed and sworn to before me on this 5th day of June, 2024.

_____
Notary Public

YVONNE STRAIN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ST6314054
Qualified in SCHENECTADY County
Commission Expires NOVEMBER 03, 2026

X_____
Robert Guyette

Elite Legal Services
1685 S. Colorado Blvd. Suite S-180
Denver, CO 80222
720-980-2277

Client Reference Number:
Lawyer Reference Number:
ELS Number: **52729**

DORSEY & WHITNEY, LLP
701 5TH AVE.
SUITE 6100
SEATTLE, WA 98104-7043
Requestor: NANCY DURAN
206.903.8715