Michael N. Cohen (SB# 225348)
mcohen@cohenip.com
COHEN IP LAW GROUP
A Professional Corporation
9025 Wilshire Boulevard, Suite 301
Beverly Hills, California 90211
Phone: (310) 288-4500
Fax: (310) 246-9980

Attorney for Defendant
VIRTUAL BARCODE DISTRIBUTION LLC

**UNITED STATES DITRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AXS GROUP LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>INTERNET REFERRAL SERVICES, LLC; EVENT TICKETS CENTER, INC.; VIRTUAL BARCODE DISTRIBUTION LLC; ALTAN TANRIVERDI; AND SECURE TICKETS,<br><br>  Defendants. | Case No.: 2:24-cv-00377-SPG-(Ex)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDNAT VIRTUAL BARCODE DISTRIBUTION LLC TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 83)**<br><br>Complaint served:  May 13, 2024<br>Current response date:  June 3, 2024<br>New response date:  July 3, 2024 |

Plaintiff AXS GROUP LLC ("Plaintiff" or "AXS") and Defendant Virtual Barcode Distribution LLC ("VBD"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed its Complaint on January 16, 2024.

WHEREAS, Plaintiff filed its First Amended Complaint on May 6, 2024.

WHEREAS, Plaintiff served the First Amended Complaint on Defendant VBD on May 13, 2024, making their current deadline to respond to the Complaint June 3, 2024;

WHEREAS, in order to allow sufficient time for Defendant, who is represented by counsel who was just recently retained, and so that Defendant can proficiently respond to the Complaint, the parties have agreed that Defendant may have a brief 30-day extension until and including July 3, 2024, to respond to Plaintiff's Complaint;

WHEREAS, Defendant VBD has not made any prior requests for an extension of time to respond to this action.

IT IS SO STIPULATED between Plaintiff and Defendant, by and through their undersigned attorneys, that Defendant VBD will have up until and including July 3, 2024 to respond to Plaintiff's Complaint.

Respectfully submitted,

Dated: June 6, 2024                DORSEY & WHITNEY LLP

/s/ *Connor J. Hansen*_____
J. Michael Keyes
Kent J. Schmidt
Connor J. Hansen
Attorneys for Plaintiff
AXS GROUP LLC

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS

1  Dated: June 6, 2024                    COHEN IP LAW GROUP

2                                          By:    /s/ Michael N. Cohen
3                                                 Michael N. Cohen, Esq.
                                                  Attorney for Defendant
4                                                 Virtual Barcode Distribution LLC