1  Theodore W. Chandler (Bar No. 219456)
      <ted.chandler@bakerbotts.com>
2  BAKER BOTTS L.L.P.
   1801 Century Park East, Suite 2400
3  Los Angeles, California 90067
   Telephone:   (213) 202-5702
4  Facsimile:    (213) 202-5732

5  Cheryl A. Cauley (Bar No. 252262)
      <cheryl.cauley@bakerbotts.com>
6  BAKER BOTTS L.L.P.
   1001 Page Mill Road
7  Building One, Suite 200
   Palo Alto, CA  94304-1007
8  Telephone: (650) 739-7500
   Facsimile: (650) 739-7699

9
   *Attorneys for Defendant*
10 *Internet Referral Services, LLC*

11

12                **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14  AXS GROUP LLC,                        Case No. 2:24-CV-00377-SPG (Ex)

15           Plaintiff,                   **STIPULATION TO EXTEND TIME
                                          FOR DEFENDANT INTERNET
16  v.                                    REFERRAL SERVICES, LLC TO
                                          RESPOND TO FIRST AMENDED
17  INTERNET REFERRAL SERVICES,           COMPLAINT**
    LLC, EVENT TICKETS CENTER,
18  INC., VIRTUAL BARCODE                 **FIRST AMENDED COMPLAINT
    DISTRIBUTION LLC, ALTAN               SERVED: MAY 6, 2024**
19  TANRIVERDI, and
    SECURE.TICKETS,                       **CURRENT RESPONSE DATE:
20                                        JUNE 28, 2024**
            Defendants.
21                                        **NEW REPONSE DATE:
                                          JULY 29, 2024**
22

23        Plaintiff AXS Group LLC ("AXS" or "Plaintiff") and Defendant Internet

24  Referral Services, LLC ("Referral Services") stipulate and respectfully request that

25  the Court extend the deadline for Referral Services to answer or otherwise respond

26  to the First Amended Complaint by thirty days.

27        WHEREAS, on January 16, 2024, Plaintiff filed a Complaint in this action

28  against Referral Services and four other Defendants (ECF No. 1);

STIPULATION TO EXTEND          1        Case No. No. 2:24-CV-00377-SPG (Ex)
TIME

WHEREAS, on February 7, 2024, Plaintiff formally served Referral Services, (ECF No. 24);

WHEREAS, the parties previously agreed to extend the deadline for Referral Services to respond to the Complaint from February 28, 2024 to March 29, 2024 (ECF No. 26); from March 29, 2024 to April 29, 2024 (ECF No. 33); and then from April 29, 2024 to May 29, 2024 (ECF No. 47);

WHEREAS, on May 6, 2024, Plaintiff filed its First Amended Complaint (ECF No. 39);

WHEREAS, on May 31, 2024, the Court granted the parties' stipulation to extend the deadline for Referral Services to respond to the First Amended Complaint from May 29, 2024 to June 28, 2024 (ECF No. 50);

WHEREAS, the parties have been engaging in discussions to explore a possible resolution of this matter;

WHEREAS, having additional time to engage in further discussions will be beneficial to the potential for early resolution;

WHEREAS, AXS and Referral Services agree to a thirty (30) day extension of time to Referral Services' deadline to answer or respond to the First Amended Complaint so they can continue discussing a resolution to this matter;

THEREFORE, AXS and Referral Services stipulate to a thirty (30) day extension of time, making Referral Services' answer or response to the First Amended Complaint due on July 29, 2024.

It is so stipulated.

////

////

////

////

////

STIPULATION TO EXTEND TIME  2  Case No. No. 2:24-CV-00377-SPG (Ex)

Dated:   June 25, 2024                    DORSEY & WHITNEY LLP


                                          By: /s/Connor J. Hansen
                                          J. Michael Keyes (SBN 262281)
                                            keyes.mike@dorsey.com
                                          Connor J. Hansen (*pro hac vice*)
                                            hansen.connor@dorsey.com
                                          Columbia Center
                                          701 Fifth Avenue, Suite 6100
                                          Seattle, WA
                                          Telephone:  206.903.8800
                                          Facsimile:  206.903.8820

                                          DORSEY & WHITNEY LLP
                                          Kent J. Schmidt (SBN 195969)
                                            schmidt.kent@dorsey.com
                                          600 Anton Boulevard, Suite 200
                                          Costa Mesa, CA 92626
                                          Telephone:  714.800.1400
                                          Facsimile:  714.800.1499

                                          *Attorneys for Plaintiff AXS Group LLC*


Dated:   June 25, 2024                    BAKER BOTTS LLP


                                          By:  /s/ Cheryl A. Cauley
                                          Cheryl A. Cauley
                                            cheryl.cauley@bakerbotts.com
                                          1001 Page Mill Road
                                          Building One, Suite 200
                                          Palo Alto, CA
                                          Telephone:  650.739.7500
                                          Facsimile:  650.739.7699

                                          *Attorneys for Defendant Internet Referral
                                          Services*


## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all
signatories listed, and on whose behalf the filing is submitted, concur in this filing's
content and have authorized this filing.

                                          /s/ Cheryl A. Cauley
                                          Cheryl A. Cauley

---

STIPULATION TO EXTEND          3          Case No. No. 2:24-CV-00377-SPG (Ex)
TIME