1 | John Thornburgh (SBN 154627)
*thornburgh@fr.com*
2 | 12860 El Camino Real, Suite 400
San Diego, CA 92130
3 | Telephone: 858-678-4312

4 | Christopher S. Marchese (SBN 170239)
*marchese@fr.com*
5 | 4695 MacArthur Court
Suite 1100
6 | Newport Beach, CA 92660
Telephone: 213-533-4240

*Attorneys for Defendant*
*Event Tickets Center, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| AXS GROUP LLC, | Case No. 2:24-CV-00377-SPG (Ex) |
|---|---|
| Plaintiff, | **DEFENDANT EVENT TICKETS CENTER, INC STATEMENT OF NON-OPPOSITION TO PLAINTIFF AXS GROUP LLC'S MOTION FOR LEAVE FOR ALTERNATIVE SERVICE OF PROCESS BY EMAIL ON DEFENDANT ALTAN TANRIVERDI** |
| v. | |
| INTERNET REFERRAL SERVICES, LLC, EVENT TICKETS CENTER, INC., VERIFIED-TICKET.COM, AMOSA.APP and SECURE.TICKETS, | |
| Defendants. | **JURY TRIAL DEMANDED** |
| | District Judge: Sherilyn Peace Garnett |
| | Magistrate Judge: Charles F. Eick |

Defendant Event Tickets Center, Inc. ("Event Tickets") by and through its attorneys, respectfully submits this Statement of Non-Opposition to Plaintiff AXS Group LLC's ("AXS" or "Plaintiff") Motion for Leave for Alternative Service of Process by Email on Defendant Altan Tanriverdi.

## **STATEMENT**

Event Tickets does not oppose AXS's Motion for Leave for Alternative Service of Process by Email on Defendant Altan Tanriverd.

Dated: July 3, 2024                         FISH & RICHARDSON P.C.

By: */s/ John Thornburgh*
John Thornburgh (SBN 154627)
*thornburgh@fr.com*
12860 El Camino Real Suite 400
San Diego, CA 92130
Telephone:  858.678.4312
Facsimile:  858.678-5099

Christopher S. Marchese (SBN 170239)
*marchese@fr.com*
633 W 5th 26th Fl.
Los Angeles, CA 90071
Telephone:  213-533-4240

*Attorneys for Defendant Event Tickets Center, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2024, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record. Any counsel of record who has not consented to electronic service through the Court's CM/ECF system will be served by electronic mail.

*/s/ John Thornburgh*
John Thornburgh