# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNET REFERRAL SERVICES, LCC, EVENT TICKETS CENTER, INC., VIRTUAL BARCODE DISTRIBUTION LLC, ALTAN TANRIVERDI, and SECURE.TICKETS,<br><br>　　　　　Defendants. | Case No. 2:24–CV–00377–SPG (Ex)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT INTERNET REFERRAL SERVICES, LLC TO RESPOND TO FIRST AMENDED COMPLAINT (ECF NO. 55)** |

　　　On July 5, 2024, Plaintiff AXS Group LLC and Defendant Internet Referral Services, LLC filed a Stipulation to Extend Time for Defendant Internet Referral Services, LLC to Respond to the First Amended Complaint.

　　　The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

　　　The deadline for Defendant Internet Referral Services, LLC to respond to the First Amended Complaint in this matter is extended from June 28, 2024 to July 29, 2024.

　　　IT IS SO ORDERED.

Dated: July 5, 2024

　　　　　　　　　　　　　　　　　　　　HON. SHERILYN PEACE GARNETT
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE