# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNET REFERRAL SERVICES, LCC, EVENT TICKETS CENTER, INC., VIRTUAL BARCODE DISTRIBUTION LLC, ALTAN TANRIVERDI, and SECURE.TICKETS,<br><br>    Defendants. | Case No. 2:24-CV-00377-SPG (Ex)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT EVENT TICKETS CENTER, INC. TO RESPOND TO FIRST AMENDED COMPLAINT** |

On July 22, 2024 Plaintiff AXS Group LLC and Defendant Event Tickets Center, Inc. filed a Stipulation to Extend Time for Defendant Event Tickets Center, Inc. to Respond to the First Amended Complaint by 30 Days.

The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

The deadline for Defendant Event Tickets Center, Inc. to respond to the First Amended Complaint in this matter is extended from July 29, 2024 to August 28, 2024.

IT IS SO ORDERED.

Dated: _____

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE