DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
  keyes.mike@dorsey.com
Connor J. Hansen (*pro hac vice*)
  hansen.connor@dorsey.com
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: 206.903.8800
Facsimile:  206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  schmidt.kent@dorsey.com
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone:  714.800.1400
Facsimile:   714.800.1499

*Attorneys for Plaintiff AXS Group LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>INTERNET REFERRAL SERVICES, LLC, EVENT TICKETS CENTER, INC., VIRTUAL BARCODE DISTRIBUTION LLC, ALTAN TANRIVERDI, and SECURE.TICKETS,<br><br>　　　　　Defendants. | Case No. 2:24-CV-00377-SPG (Ex)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT INTERNET REFERRAL SERVICES, LLC** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby gives notice that Defendant Internet Referral Services, LLC is voluntarily dismissed from this Action.  Defendant Internet Referral Services, LLC has not served an answer or motion for summary judgment in this action and Plaintiff has not previously dismissed Defendant Internet Referral Services LLC in this or any other action.  Accordingly, the dismissal of Defendant Internet Referral Services, LLC is without prejudice.  Fed. R. Civ. P 41(1)(B).

| | | |
|---|---|---|
| 1 | Dated:   July 22, 2024 | DORSEY & WHITNEY LLP |
| 2 | | |
| 3 | | By: <u>/s/ J. Michael Keyes</u><br>J. Michael Keyes (SBN 262281) |
| 4 | |   *keyes.mike@dorsey.com*<br>Connor J. Hansen (*pro hac vice*) |
| 5 | |   *hansen.connor@dorsey.com*<br>Columbia Center |
| 6 | | 701 Fifth Avenue, Suite 6100<br>Seattle, WA |
| 7 | | Telephone:  206.903.8800<br>Facsimile:   206.903.8820 |
| 8 | | DORSEY & WHITNEY LLP |
| 9 | | Kent J. Schmidt (SBN 195969)<br>  *schmidt.kent@dorsey.com* |
| 10 | | 600 Anton Boulevard, Suite 200<br>Costa Mesa, CA 92626 |
| 11 | | Telephone:  714.800.1400<br>Facsimile:   714.800.1499 |
| 12 | | *Attorneys for Plaintiff AXS Group LLC* |

-2-

NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT INTERNET REFERRAL SERVICES, LLC       Case No. 2:24-CV-00377-SPG (Ex)

# CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2024, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record. Any counsel of record who has not consented to electronic service through the Court's CM/ECF system will be served by electronic mail.

*/s/ J. Michael Keyes*
J. Michael Keyes, SBN 262281