DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
  keyes.mike@dorsey.com
Connor J. Hansen (*pro hac vice*)
  hansen.connor@dorsey.com
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: 206.903.8800
Facsimile:  206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  schmidt.kent@dorsey.com
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone:  714.800.1400
Facsimile:   714.800.1499

*Attorneys for Plaintiff AXS Group LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>          Plaintiff,<br><br>v.<br><br>EVENT TICKETS CENTER, INC., VIRTUAL BARCODE DISTRIBUTION LLC, ALTAN TANRIVERDI, and SECURE.TICKETS,<br><br>          Defendants. | Case No. 2:24-CV-00377-SPG (Ex)<br><br>**PLAINTIFF'S REQUEST TO APPEAR REMOTELY FOR AUGUST 7, 2024 HEARING**<br><br>Filed concurrently with Declaration of J. Michael Keyes and [Proposed] Order<br><br>Honorable Sherilyn Peace Garnett<br>Date:  August 7, 2024<br>Time: 1:30 p.m.<br>Courtroom: 5C<br><br>Amended Complaint filed: May 10, 2024 |

Counsel for Plaintiff AXS Group LLC ("Plaintiff" or "AXS") hereby requests permission to appear remotely via Zoom at the hearing relating to Plaintiff's Motion for Leave for Alternative Service by Email on Defendant Altan Tanriverdi (Dkt. 53), which is currently scheduled for Wednesday, August 7, 2024 at 1:30 p.m.

Plaintiff filed its Motion for Leave for Alternative Service on Defendant Altan Tanriverdi (the "Motion") on June 21, 2024.  Dkt. 53.  Defendant Tanriverdi did not file a response or opposition to the Motion and has not appeared in this matter.  None of the other Defendants—Event Tickets Center, Inc., Virtual Barcode Distribution LLC, and Secure.Tickets[1]—filed an opposition or response to the Motion either.  Keyes Decl. ¶ 3.

Plaintiff's counsel has conferred with counsel for Event Tickets Center, Inc. and Virtual Barcode Distribution LLC, the only counsel for Defendants to have appeared in this matter.  Counsel for Event Tickets Center Inc. indicated that it does not oppose Plaintiff's request to appear remotely and that they would like to observe the hearing remotely as well.  Keyes Decl. ¶ 5.  Counsel for Virtual Barcode Distribution LLC initial indicated that would not oppose this request if Plaintiff granted it additional time to respond the Complaint.  *Id.* ¶ 6.  Plaintiff did not agree to the extension and sought clarification on whether Virtual Barcode Distribution LLC intends to attend the hearing or has any objection to Plaintiff's remote appearance.  *Id.* ¶ 7.  Counsel for Virtual Bard Distribution LLC did not respond to that request.  *Id.*  As detailed in the Motion, Plaintiff's counsel is unaware of any counsel representing Defendant Altan Tanriverdi and, accordingly, was not able to meet and confer with such counsel regarding this request.

Good cause exists for this request.  Plaintiff's lead counsel, J. Michael Keyes, will be in Spokane, Washington on August 7 and the senior associate representing

---

[1] Defendant Internet Referral Services, LLC also did not file a response or opposition to the Motion.  On July 22, 2024, Plaintiff filed a Notice of Voluntary Dismissal of Defendant Internet Referral Services, LLC.  Dkt. 62.

-2-

PLAINTIFF'S REQUEST TO APPEAR REMOTELY
FOR AUGUST 7, 2024 HEARING                                                    Case No. 2:24-CV-00377-SPG (Ex)

1  Plaintiff, Connor Hansen, will be in Georgetown, Texas. *Id.* ¶¶ 8-9. Travel to the
2  Court would be expensive, including flights and accommodations, and time-
3  consuming.
4        Accordingly, Plaintiff's counsel respectfully requests to appear by Zoom for
5  the August 7, 2024 hearing.

Dated:   August 2, 2024          DORSEY & WHITNEY LLP

By: */s/ J. Michael Keyes*
J. Michael Keyes (SBN 262281)
  *keyes.mike@dorsey.com*
Connor J. Hansen (*pro hac vice*)
  *hansen.connor@dorsey.com*
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA
Telephone:  206.903.8800
Facsimile:   206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  *schmidt.kent@dorsey.com*
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone:  714.800.1400
Facsimile:   714.800.1499

*Attorneys for Plaintiff AXS Group LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record.  Any counsel of record who has not consented to electronic service through the Court's CM/ECF system will be served by electronic mail.

*/s/ J. Michael Keyes*
J. Michael Keyes, SBN 262281