DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
  *keyes.mike@dorsey.com*
Connor J. Hansen (*pro hac vice*)
  *hansen.connor@dorsey.com*
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: 206.903.8800
Facsimile:  206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  *schmidt.kent@dorsey.com*
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone:  714.800.1400
Facsimile:   714.800.1499

*Attorneys for Plaintiff AXS Group LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>            Plaintiff,<br><br>v.<br><br>EVENT TICKETS CENTER, INC., VERIFIED-TICKET.COM, AMOSA.APP and SECURE.TICKETS,<br><br>            Defendants. | Case No. 2:24-CV-00377-SPG (Ex)<br><br>**DECLARATION OF J. MICHAEL KEYES IN SUPPORT OF PLAINTIFF'S REQUEST TO APPEAR REMOTELY FOR AUGUST 7, 2024 HEARING**<br><br>Honorable Sherilyn Peace Garnett<br>Date:  August 7, 2024<br>Time: 1:30 p.m.<br>Courtroom: 5C<br><br>Amended Complaint filed: May 10, 2024 |

I, J. Michael Keyes, declare as follows:

1. I am an attorney duly admitted to practice law in the State of California. I am a partner with the law firm Dorsey &Whitney, LLP, and counsel of record for Plaintiff AXS Group, LLC in the above-captioned action. I make this declaration based on my personal knowledge of the facts set forth herein and in support of Plaintiff's Request to Appear Remotely for August 7, 2024 Hearing.

2. Plaintiff filed a Motion for Leave for Alternative Service on Defendant Altan Tanriverdi (the "Motion") on June 21, 2024. The hearing for the Motion is scheduled for August 7, 2024 at 1:30 p.m. in Courtroom 5C.

3. None of the Defendants filed an opposition or response to Plaintiff's Motion.

4. Defendant Altan Tanriverdi has not appeared in this matter. I am unaware of any counsel representing Defendant Altan Tanriverdi.

5. Counsel for Event Tickets Center Inc. indicated that it does not oppose Plaintiff's request to appear remotely and that they would like to observe the August 7, 2024 hearing remotely as well.

6. Counsel for Virtual Barcode Distribution LLC indicated that it would not oppose Plaintiff's request to appear remotely if Plaintiff agrees to an extension of time for it to respond to the Complaint.

7. Plaintiff did not agree to Virtual Barcode Distribution LLC's request and sought clarification via email on whether Virtual Barcode Distribution LLC intends to attend the hearing or has any objection to Plaintiff's remote appearance. Counsel for Virtual Bard Distribution LLC did not respond to that request.

8. I reside in Spokane, Washington and will be in Spokane on August 7, 2024.

9. Connor Hansen, the senior associate representing Plaintiff in this case, will be in Georgetown, Texas on August 7, 2024.

-3-

1  I certify under penalty of perjury under the laws of the United States that the
2  foregoing is trues and correct.
3  This declaration was executed on August 2, 2024 in Spokane, Washington.

By: /s/ *J. Michael Keyes*
J. Michael Keyes, SBN 262281

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record. Any counsel of record who has not consented to electronic service through the Court's CM/ECF system will be served by electronic mail.

*/s/ J. Michael Keyes*
J. Michael Keyes, SBN 262281