**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AXS GROUP LLC,<br><br>        Plaintiff,<br><br>v.<br><br>INTERNET REFERRAL SERVICES, LCC, EVENT TICKETS CENTER, INC., VIRTUAL BARCODE DISTRIBUTION LLC, ALTAN TANRIVERDI, and SECURE.TICKETS,<br><br>        Defendants. | Case No. 2:24−CV−00377-SPG (Ex)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR REMOTELY FOR AUGUST 7, 2024 HEARING ECF NO. ___** |

On August 2, 2024, Plaintiff filed a Request to Appear Remotely via Zoom at the hearing relating to Plaintiff's Motion for Leave for Alternative Service by Email on Defendant Altan Tanriverdi (Dkt. 53), which is currently scheduled for Wednesday, August 7, 2024 at 1:30 p.m.

The Court, having considered Plaintiff' Request and finding good cause therefor, hereby GRANTS the Request and ORDERS as follows

1. Plaintiff's counsel may appear at the August 7, 2024 hearing at 1:30 pm remotely via Zoom

IT IS SO ORDERED.

Dated: _____        _____

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE