| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| Michael N. Cohen (SBN 225348) <br> 9025 Wilshire Boulevard, Suite 301 <br> Beverly Hills, CA 90211 <br> (310) 288-4500 <br> mcohen@cohenip.com | |

ATTORNEY(S) FOR: VIRTUAL BARCODE DISTRIBUTION LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| AXS GROUP LLC | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:24-cv-00377-SPG-(Ex) |
| v. | |
| INTERNET REFERRAL SERVICES, LLC, et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   VIRTUAL BARCODE DISTRIBUTION LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| VIRTUAL BARCODE DISTRIBUTION LLC | Defendant |
| AXS GROUP LLC | Plaintiff |

| 08-03-2024 | /Michael N. Cohen/ |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Michael N. Cohen