NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

John Thornburgh (SBN 154627)
thornburgh@fr.com
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: 858-678-4312

ATTORNEY(S) FOR: Defendant Event Tickets Center, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC, <br><br> Plaintiff(s), <br><br> v. <br><br> INTERNET REFERRAL SERVICES, LLC, EVENT TICKETS CENTER, INC., VERIFIED-TICKET.COM, AMOSA.APP and SECURE.TICKETS, <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:24-CV-00377-SPG (Ex) <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Event Tickets Center, Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Event Tickets Center, Inc. | Defendant |
| TicketNetwork, Inc. | Indemnitor of Event Tickets Center, Inc. |

| | |
|---|---|
| August 28, 2024 <br> Date | /s/ John Thornburgh <br> Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant, Event Tickets Center, Inc.