DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
  keyes.mike@dorsey.com
Connor J. Hansen (*pro hac vice*)
  hansen.connor@dorsey.com
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: 206.903.8800
Facsimile:  206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  schmidt.kent@dorsey.com
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone:  714.800.1400
Facsimile:   714.800.1499

*Attorneys for Plaintiff AXS Group LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>    Plaintiff,<br><br>v.<br><br>EVENT TICKETS CENTER, INC., VIRTUAL BARCODE DISTRIBUTION LLC, ALTAN TANRIVERDI, and SECURE.TICKETS,<br><br>    Defendants. | Case No. 2:24-CV-00377-SPG (Ex)<br><br>**DECLARATION OF J. MICHAEL KEYES IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Filed concurrently with:<br>1. Unopposed Notice of Motion and Motion for Leave to File Second Amended Complaint and Memorandum of Points and Authorities in Support Thereof;<br>2. [Proposed] Order<br><br>Honorable Sherilyn Peace Garnett<br>Date:  December 4, 2024<br>Time: 1:30 p.m.<br>Courtroom: 5C<br><br>First Amended Complaint filed: May 10, 2024 |

- 1 -

I, J. Michael Keyes, declare as follows:

1. I am an attorney duly admitted to practice law in the State of California. I am a partner with the law firm Dorsey &Whitney, LLP, and counsel of record for Plaintiff AXS Group, LLC in the above-captioned action. I make this declaration based on my personal knowledge of the facts set forth herein and in support of Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint.

2. Attached hereto as **Exhibit 1** is a copy of the Second Amended Verified Complaint that Plaintiff seeks leave to file. The exhibits to the Second Amended Verified Complaint are included in Exhibit 1. This version of the Second Amended Verified Complaint includes redactions for content that Plaintiff previously filed under seal. Plaintiff will seek leave to file an un-redacted version under seal.

3. Attached hereto as **Exhibit 2** is a redlined copy of the Second Amended Verified Complaint, showing how it compares to Plaintiff's previously filed First Amended Verified Complaint. This exhibit also includes redacted content consistent with Plaintiff's prior filings.

4. Plaintiff filed its initial Complaint in this matter on January 16, 2024.

5. Plaintiff filed a First Amended Complaint on May 6, 2024, before any party filed an answer to its original Complaint. The First Amended Complaint was filed after Defendants received responses to Rule 45 subpoenas issued to domain name registrars for the domain names Verified-Ticket.com and Amosa.App. The First Amended Complaint named the owners of these domains, Virtual Barcode Distribution LLC ("VBD") and Altan Tanriverdi, respectively.

6. After filing the initial Complaint, I participated in settlement discussion with counsel for Internet Referral Services LLC ("IRS") and, separately, with counsel for Event Tickets Center, Inc. ("ETC").

7. During these settlement discussions, Plaintiff learned that counsel for ETC also represents TicketNetwork Inc. ("TNI"). A representative of TNI

participated in some of the settlement discussions that I and my colleague had with counsel for ETC and TNI.

8. Plaintiff began investigating TNI and its role in the conduct alleged in the Complaint during and following these settlement discussions.

9. My colleague Connor Hansen conducted a meet and confer with counsel for ETC and VBD on October 10, 2024 to discuss Plaintiff's Second Amended Verified Complaint. That conference was conducted via Zoom. Mr. Hansen then followed up with counsel for ETC and VBD via email, on which I was cc'd, on October 15, 2024 to confirm whether they would oppose this motion. In response, counsel for both ETC and VBD indicated that they will not oppose this motion.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

This declaration was executed on October 31, 2024 in Spokane, Washington.

By: /s/ *J. Michael Keyes*
J. Michael Keyes, SBN 262281

*Attorneys for Plaintiff*

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2024, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record. Any counsel of record who has not consented to electronic service through the Court's CM/ECF system will be served by electronic mail.

*/s/ J. Michael Keyes*
J. Michael Keyes, SBN 262281