John W. Thornburgh (SBN 154627)
thornburgh@fr.com
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: 858-678-4312

Christopher S. Marchese (SBN 170239)
marchese@fr.com
4695 MacArthur Court
Suite 1100
Newport Beach, CA 92660
Telephone: 213-533-4240

*Attorneys for Defendants TicketNetwork, Inc. and Event Tickets Center, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>EVENT TICKETS CENTER, INC., TICKETNETWORK, INC., VIRTUAL BARCODE DISTRIBUTION LLC, ALTAN TANRIVERDI and SECURE.TICKETS,<br><br>Defendants. | Case No. 2:24-CV-00377-SPG (Ex)<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TICKETNETWORK, INC. AND EVENT TICKETS CENTER, INC. TO RESPOND TO COMPLAINT**<br><br>**SECOND AMENDED COMPLAINT SERVED: DECEMBER 9, 2024**<br><br>**CURRENT RESPONSE DATES: DECEMBER 23, 2024 (EVENT TICKETS) DECEMBER 31, 2024 (TICKETNETWORK)**<br><br>**NEW RESPONSE DATE: JANUARY 30, 2025** |

Plaintiff AXS Group LLC ("AXS" or "Plaintiff") and Defendants TicketNetwork, Inc. and Event Tickets Center, Inc. ("TicketNetwork" and "ETC," collectively "Defendants") stipulate and respectfully request that the Court extend the deadline for Defendants to answer or otherwise respond to the Second Amended Complaint to January 30, 2025.

-2-

1  WHEREAS, on December 9, 2024, Plaintiff filed a Second Amended
2  Complaint in this action to add TicketNetwork, Inc.as a party and to amend its
3  allegations against ETC (ECF No. 82);
4  WHEREAS, on December 10, 2024, Plaintiff formally served TicketNetwork,
5  making its answer or response to the Complaint due on December 31, 2024 (ECF No.
6  86);
7  WHEREAS, the parties have been engaging in discussions to explore a
8  possible resolution of this matter;
9  WHEREAS, having additional time to engage in further discussions will be
10 beneficial to the potential for an early resolution, particularly given the holiday
11 season;
12 WHEREAS, AXS, TicketNetwork and Event Tickets agree to an extension of
13 time to TicketNetwork and Event Tickets' deadline to January 30, 2025 to answer or
14 respond to the Second Amended Complaint so they can continue discussing a
15 resolution to this matter;
16 THEREFORE, AXS, TicketNetwork and Event Tickets stipulate to an, making
17 Defendants' answer or response to the Second Amended Complaint due on January
18 30, 2025.
19 It is so stipulated.
20 ////
21 ////
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28 ////

| | | |
|---|---|---|
| 1 | Dated: December 13, 2024 | DORSEY & WHITNEY LLP |
| 2 | | |
| 3 | | By: /s/ J. Michael Keyes |
| | | J. Michael Keyes (SBN 262281) |
| 4 | | keyes.mike@dorsey.com |
| | | Connor J. Hansen (*pro hac vice*) |
| 5 | | hansen.connor@dorsey.com |
| | | Columbia Center |
| 6 | | 701 Fifth Avenue, Suite 6100 |
| | | Seattle, WA |
| 7 | | Telephone: 206.903.8800 |
| | | Facsimile: 206.903.8820 |
| 8 | | DORSEY & WHITNEY LLP |
| | | Kent J. Schmidt (SBN 195969) |
| 9 | | schmidt.kent@dorsey.com |
| 10 | | 600 Anton Boulevard, Suite 200 |
| | | Costa Mesa, CA 92626 |
| 11 | | Telephone: 714.800.1400 |
| | | Facsimile: 714.800.1499 |
| 12 | | *Attorneys for Plaintiff AXS Group LLC* |
| 13 | | |
| 14 | Dated: December 13, 2024 | FISH & RICHARDSON P.C. |
| 15 | | |
| 16 | | By: /s/ John Thornburgh |
| | | John Thornburgh (SBN 154627) |
| 17 | | thornburgh@fr.com |
| | | 12860 El Camino Real Suite 400 |
| 18 | | San Diego, CA 92130 |
| | | Telephone: 858.678.4312 |
| 19 | | Facsimile: 858.678.5099 |
| 20 | | Christopher S. Marchese (SBN 170239) |
| | | marchese@fr.com |
| 21 | | 633 W 5th 26th Floor |
| | | Los Angeles, CA 90071 |
| 22 | | Telephone: 213.533.4240 |
| 23 | | *Attorneys for Defendants TicketNetwork, Inc. and Event Tickets Center, Inc.* |
| 24 | | |

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

# CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2024, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record. Any counsel of record who has not consented to electronic service through the Court's CM/ECF system will be served by electronic mail.

*/s/ John W. Thornburgh*
John W. Thornburgh, SBN 154627