# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>   Plaintiff,<br><br>v.<br><br>EVENT TICKETS CENTER, INC., TICKETNETWORK, INC., VIRTUAL BARCODE DISTRIBUTION LLC, ALTAN TANRIVERDI and SECURE.TICKETS,<br><br>   Defendants. | Case No. 2:24–CV–00377–SPG (Ex)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TICKETNETWORK, INC. AND EVENT TICKETS CENTER, INC. TO RESPOND TO SECOND AMENDED COMPLAINT** |

On December 13, 2024 Plaintiff AXS Group LLC and Defendants TicketNetwork, Inc. and Event Tickets Center, Inc. filed a Stipulation to Extend Time for Defendant Event Tickets Center, Inc. to Respond to the Complaint to January 30, 2025.

The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

The deadline for Defendants Event Tickets Center, Inc. and TicketNetwork, Inc. to respond to the Complaint in this matter is extended to January 30, 2025.

IT IS SO ORDERED.

Dated: _____

                HON. SHERILYN PEACE GARNETT
                UNITED STATES DISTRICT JUDGE