# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EVENT TICKETS CENTER, INC.;<br>TICKETNETWORK, INC.; VIRTUAL<br>BARCODE DISTRIBUTION LLC;<br>ALTAN TANRIVERDI; and<br>SECURE.TICKETS,<br><br>　　　　　　Defendants. | Case No. 2:24-CV-00377-SPG-E<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TICKETNETWORK, INC. AND EVENT TICKETS CENTER, INC. TO RESPOND TO SECOND AMENDED COMPLAINT [ECF NO. 87]** |

　　　　On December 13, 2024, Plaintiff AXS Group LLC and Defendants TicketNetwork, Inc. and Event Tickets Center, Inc. (collectively, "Defendants") filed a Stipulation to Extend Time for Defendants to Respond to the Second Amended Complaint (ECF No. 87 ("Stipulation")). The Court, having considered the Stipulation and finding good cause thereof, hereby GRANTS the Stipulation and ORDERS that the deadline for Defendants to respond to the Second Amended Complaint is extended to January 30, 2025.

　　　　**IT IS SO ORDERED.**

Dated: December 19, 2024

　　　　　　　　　　　　　　　　　　　　　　　　HON. SHERILYN PEACE GARNETT
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE