John W. Thornburgh (SBN 154627)
thornburgh@fr.com
Madelyn S. McCormick (SBN 320063)
mmccormick@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone:   858-678-5070

Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Telephone:   213-533-4240

*Attorneys for Defendant
TicketNetwork, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>  Plaintiff,<br><br>v.<br><br>EVENT TICKETS CENTER, INC., TICKETNETWORK, INC., VIRTUAL BARCODE DISTRIBUTION LLC, ALTAN TANRIVERDI, and SECURE.TICKETS,<br><br>  Defendants. | Case No. 2:24-CV-00377-SPG (Ex)<br><br>**DEFENDANT TICKETNETWORK, INC.'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE (FED. R. CIV. P. 7.1 AND LOCAL RULE 7.1-1)** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Defendant TicketNetwork, Inc. ("TicketNetwork"), by and through its attorneys, hereby states that pursuant to Local Rule 7.1-1, the undersigned counsel of record for TicketNetwork certifies that it is aware of no parties other than TicketNetwork and other named defendants have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Additionally, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, TicketNetwork states that it has no parent corporation and that no publicly held corporation owns 10% or more of TicketNetwork's stock.

Dated: January 30, 2025

FISH & RICHARDSON P.C.

By: */s/ John W. Thornburgh*
John W. Thornburgh (SBN 154627)
thornburgh@fr.com
Madelyn S. McCormick (SBN 320063)
mmccormick@fr.com
12860 El Camino Real Suite 400
San Diego, CA 92130
Telephone: 858.678.5070
Facsimile: 858.678-5099

Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Telephone: 213-533-4240

*Attorneys for Defendant TicketNetwork, Inc.*