# Exhibit B

Sections

# Los Angeles Times

SUBSCRIBE   LOG IN



Ad

Compare and Maximize Your Savings with H&R Block

H&R Block Free Online vs. TurboTax Free Edition: Find out what you can get for free

H&R Block     Read More

CALIFORNIA

# Why the Black Keys shut out hundreds of fans, causing chaos at the Wiltern



Patrick Carney, left, and Dan Auerbach of the Black Keys perform during a concert at the Wiltern on Thursday in Los Angeles. (Scott Dudelson / Getty Images)

By Alejandra Reyes-Velarde
Sept. 20, 2019 8:45 PM PT

Share    24

Beatriz Zaragoza and her two children couldn't wait to see Thursday's concert at the Wiltern featuring the Black Keys, one of their favorite bands that had been on a years-long hiatus.

They bought tickets through StubHub for more than $700. They fought rush-hour traffic to drive to the venue from Boyle Heights. They paid Koreatown prices for parking and arrived at the Wiltern two hours early, at 5 p.m.

After more than two hours in line, the family made it through security and entered the Wiltern's foyer, buzzing with pre-concert excitement. Her kids — ages 9 and 14 — were finally going to see the band whose songs they imitate at home on their guitar and drum set.



But one look at Zaragoza's mobile tickets and a Wiltern employee turned her away. He didn't even scan them.

Zaragoza was told the Black Keys were not accepting tickets from third-party vendors.

"Why did the band do this?" her youngest son asked, crying as the family walked dejectedly back to their car, minutes before the concert began.

Hundreds of fans who purchased tickets from usually reliable third-party vendors, such as StubHub, SeatGeek and Vivid Seats, had the same experience.

## Subscribers are Reading

St. John Bosco coach Jason Negro embezzled money, paid football players' tuition in cash, lawsuit alleges

Altadena and Pacific Palisades are buried under toxic debris. Now what?

Collision between helicopter and jetliner kills 67 in nation's worst air disaster in a generation

The L.A. wildfires left neighborhoods choking in ash and toxic air. Residents demand answers

L.A. fires wreaked havoc on the land. Scientists are racing to learn what they've done to the sea



THE LETTER YOU SEE REVEALS YOUR ADHD TYPE

X   R   K

Take test

## Latest California

Man arrested in theft of 3 Humvees, other equipment from military facility in O.C.
Jan. 30, 2025

Shaikin: For Korea's baseball champions, it's time for spring training. In Irvine.
Jan. 30, 2025

A world away from the Palisades and Altadena, landlords try to sell fire victims on living downtown
Jan. 30, 2025

Stabbing attack of woman crossing East Hollywood street captured on security video
Jan. 30, 2025

Prosecutors claim defendant strangled, beheaded and buried homeless woman in Huntington Beach
Jan. 30, 2025

Video shows the sidewalks outside the Wiltern flooded with those who had been denied entry, many on their phones, on hold with representatives from ticket companies. There were reports that some eventually were let into the venue, although no one The Times contacted was allowed inside.

"I was on hold for over an hour with that ironic, sad piano music," said Evan Smith, 57, who spent more than $350 on tickets. People around him were arguing with companies from which they purchased their tickets — in his case, Vivid Seats.

> We were turned away. Apparently the rotating ticket policy was put into effect 40 min. Before showtime. And people were being treated like garbage by the staff. pic.twitter.com/33QRcpWcbS
>
> — Sherry Sabety (@SSabety) September 20, 2019

Confusion about the massive mishap continued Friday as customers tried to get refunds. Some were furious with the Black Keys themselves, who many believed were punishing fans. Others placed the blame squarely on third-party sellers they say shouldn't have sold the bad tickets. Several called out the Wiltern for being rude to customers and handling the debacle poorly.

Ticketmaster and Live Nation, which organized the concert, blamed "bad actors" who knowingly sold invalid tickets.

"The presenters of the concert directed that these tickets be made available only to fans and that they be strictly nontransferable," Ticketmaster said in a statement. "This was messaged from the beginning with the announcement of the performance and throughout the sales process. Unfortunately, bad actors took advantage of this situation and posted screen shots of tickets that were not valid for entry onto the secondary market. We always recommend purchasing tickets from the official source."

On Friday, the Black Keys, a Grammy-winning duo that has become one of the most prominent rock bands in America since breaking out in 2008, said in a statement that they had made the call to turn fans away.

"Last night's concert tickets were $25 and geared toward the fan club," the band said in an email via their representative. "This was our first show in over four years and the kickoff of the Let's Rock Tour. Because we were playing a venue far smaller than the rest of the venues on the tour as a warmup show, we turned off ticket transferability to ensure that our fans got in the door at the low ticket prices we set for them."

The Black Keys continued to blame the "customer service nightmare" on third-party vendors, whose ticket prices were inflated by as much as 800%. A representative for the band and Ticketmaster said everyone who purchased a ticket through Ticketmaster or the band's fan page got in. The concert was well-attended, with 97% of the 1,850-seat venue full.

"Unfortunately, scalpers took this opportunity to defraud our fans and steal their money by selling tickets that were ineligible for transfer on scalper sites," the band said in a statement.

The Wiltern show was a kickoff gig celebrating the Black Keys' upcoming tour in support of their ninth studio album, "Let's Rock."

Third-party sellers were scrambling Friday to investigate how the ticket problems happened and return customers' money — and they wanted to clear the air, saying the fault was not theirs. Several employees of the resale vendors said neither the Black Keys, Ticketmaster nor Live Nation indicated that tickets to the concert would be nontransferable.

Some thought Ticketmaster was still trying to monopolize the ticket game, just days after the Department of Justice announced an investigation into such practices. Variety reported Wednesday that the government is examining whether Ticketmaster has violated a consent decree stating it can't prevent events from booking venues that use ticketing services other than Ticketmaster and from retaliating when venues go with a competitor.

Live Nation and Ticketmaster said that they always have complied with the consent decree and do not force anyone into ticketing agreements by leveraging content, or retaliate against venues that use other ticketing providers.

"Ticketmaster has been successfully growing its client base over the past decade as a result of continuous innovation and providing the best ticketing solution in the industry," the company said in a statement. "During that period, Live Nation and Ticketmaster have always complied with their obligations under the consent decree....Nevertheless, for years now some competitors have found it useful to confuse the issue with misinformation and baseless allegations of consent decree violations."

Ticketmaster and the Black Keys said their tickets used a rotating barcode that updates regularly and would have become invalid the second they were moved from the Ticketmaster app. The technology Ticketmaster and Live Nation developed worked effectively to prevent fraud, a company representative said.

The company said it would communicate the no-transfer rule more prominently in the future.

"I've never seen something like this happen," said an employee of one of the resale marketplaces, who asked to remain anonymous for fear of retribution. "It's unfair for these third-party players because everyone had a valid ticket."

One seller said Ticketmaster never told anyone about the change in ticket rules. The seller, a Los Angeles-based independent ticket broker who wished to remain anonymous for fear of retaliation by Ticketmaster, said StubHub typically fines sellers who try to sell fake or invalid tickets. In an email sent to the broker by StubHub, the company said it would not do that in this case because the tickets were made nontransferable.

SeatGeek, one of the third-party sellers, said the situation seemed to target those who bought tickets on non-Ticketmaster platforms and "ultimately punished the fans who just wanted to see the show."

> @SeatGeek Got rejected at the door for the Black Keys at the Wiltern tonight with tickets we bought off Seatgeek's site. Thanks a lot for the disappointment. :sob::sob:
>
> — Karen Kim (@wonnissi) September 20, 2019

> I went to see The Black Keys last night & this is the only picture I got, I suck pic.twitter.com/jVxDLycwDD
>
> — ratchet saturn khaleesi (@eye_linermami) September 20, 2019

Fans said they got no notice that their tickets were no good, even as they waited in line. Customers interviewed by The Times said their tickets had Ticketmaster's logo and a QR code on them and were either emailed from the resale vendors or downloaded through an app.

the band and Ticketmaster said everyone who purchased a ticket through Ticketmaster or the band's fan page got in. The concert was well-attended, with 97% of the 1,850-seat venue full.

"Unfortunately, scalpers took this opportunity to defraud our fans and steal their money by selling tickets that were ineligible for transfer on scalper sites," the band said in a statement.

The Wiltern show was a kickoff gig celebrating the Black Keys' upcoming tour in support of their ninth studio album, "Let's Rock."

Third-party sellers were scrambling Friday to investigate how the ticket problems happened and return customers' money — and they wanted to clear the air, saying the fault was not theirs. Several employees of the resale vendors said neither the Black Keys, Ticketmaster nor Live Nation indicated that tickets to the concert would be nontransferable.

and a QR code on them and were either emailed from the resale vendors or downloaded through an app.




Zaragoza has had experiences with bad tickets before, but she said this was different. The scale of the snafu and the lack of notification to fans were outrageous, she said.

"I understand that this happens," she said. "I'm not happy that they didn't tell people beforehand. I'm really upset. Just horrible, a horrible experience."

Smith was also miffed, but he didn't blame the Black Keys. He was furious with the third-party vendors, noting that the tickets shouldn't have been sold in the first place if they were nontransferable and that the businesses should have researched the tickets' provenance and any rules that went with them.

Now, Smith is considering filing a police report or legal complaint against his ticket seller.

"You start thinking, who is behind the curtain?" he said. "I don't know, something stinks."



**If you purchased tickets from StubHub, SeatGeek or Vivid Seats, the outlets are offering refunds.**

*Times staff writer Randall Roberts contributed to this report.*



Show Comments

CALIFORNIA   MUSIC

---

## Sign up for Essential California

The most important California stories and recommendations in your inbox every morning.

Enter email address     SIGN ME UP

You may occasionally receive promotional content from the Los Angeles Times.



### Alejandra Reyes-Velarde

Alejandra Reyes-Velarde is a Metro reporter for the Los Angeles Times. Previously she wrote for the San Francisco Business Times and the Sacramento Bee. A UCLA graduate, she is originally from Duarte, Calif., and is a native Spanish speaker.

## More From the Los Angeles Times



**CALIFORNIA**
'We don't want it!' San Gabriel Valley rages against shipment of Eaton fire hazardous waste
49 minutes ago



**CALIFORNIA**
Police say burning Tesla battery prevented them from saving driver in fatal crash
58 minutes ago



**CLIMATE & ENVIRONMENT**
State officials approve Edison rate hike for 2017 wildfire sparked by its equipment
2 hours ago



**CALIFORNIA**
Pilot's door was open moments before Fullerton plane crash that killed 2 and injured 19, investigators say
Jan. 30, 2025

## Most Read in California



**CALIFORNIA**
What — or who— started the Palisades fire? Two leading theories emerge as investigation intensifies
Jan. 30, 2025



**CALIFORNIA**
Trump's orders have upended U.S. immigration. What legal routes remain?
Jan. 30, 2025



**CALIFORNIA**
Fire victims seek answers about rebuilding, cleanup timeline
Jan. 29, 2025



**CALIFORNIA**
CSU, reeling from budget cuts to classes and faculty, decry more proposed state reductions
Jan. 30, 2025

ADVERTISEMENT





Los Angeles Times

A California Times Publication

Subscribe for unlimited access
Site Map

Follow Us

  

eNewspaper
Coupons
Find/Post Jobs
Place an Ad
Media Kit: Why the L. A. Times?

Crossword
Obituaries
Recipes
Guides
L.A. Times Store

About/Contact
For the Record
L.A. Times Careers
Manage Subscription
Reprints and Permissions

Copyright © 2025, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell or Share My Personal Information