Michael N. Cohen (SBN 225348)
 mcohen@cohenip.com
Vikram Amritraj (SBN 321584)
vamritraj@cohenip.com
COHEN IP LAW GROUP
A Professional Corporation
9025 Wilshire Boulevard, Suite 301
Beverly Hills, California 90211
Phone: (310) 288-4500
Fax: (310) 246-9980

*Attorneys for Defendant*
*Virtual Barcode Distribution LLC*

# UNITED STATES DITRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC, | Case No.: 2:24-cv-00377-SPG-(Ex) |
| Plaintiff, | **DEFENDANT VIRTUAL BARCODE DISTRIBUTION LLC'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| vs. | **JURY TRIAL DEMANDED** |
| EVENT TICKETS CENTER, INC., TICKETNETWROK, INC., VIRTUAL BARCODE DISTRIBUTION LLC; ALTAN TANRIVERDI; AND SECURE.TICKETS, | Honorable Sherilyn Peace Garnett |
| Defendants. | Complaint served:  December 9, 2024<br>Current response date:  January 30, 2025 |

Defendant VIRTUAL BARCODE DISTRIBUTION LLC ("VBD") hereby respond to Plaintiff AXS GROUP LLC's ("AXS" or "Plaintiff") Second Amended Complaint ("SAC") as follows:

# ANSWER

Defendant VIRTUAL BARCODE DISTRIBUTION LLC ("Defendant" or "VBD") hereby answers the Complaint of Plaintiff AXS GROUP LLC, as follows:

## I.  INTRODUCTION & SUMMARY OF RELIEF REQUESTED

1.  Paragraph 1, VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, further they consist of conclusions of law and/or statements of Plaintiff's position to which no response is required by Defendant VBD; to the extent a response is required, denied.

2.  Paragraph 2, Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

3.  Paragraph 3 Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

4.  Paragraph 4 Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

5.  Paragraph 5 Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

6.  Paragraph 6 Defendant VBD lacks information sufficient to form a belief as to

DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

7. Paragraph 7 VBD denies each and every allegation contained therein as it pertains to Defendant VBD. VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

8. Paragraph 8 VBD denies each and every allegation contained therein as it pertains to Defendant VBD. VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

9. Paragraph 9 VBD denies each and every allegation contained therein as it pertains to Defendant VBD. VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

## II.    PARTIES

10. Paragraph 10 Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

11. Paragraph 11 Defendant VBD lacks information sufficient to form a belief as

DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

to the truth of said allegations, further the allegations consist of conclusions of law
and/or statements of Plaintiff's position to which no response is required; to the
extent a response is required, denied.

12. Paragraph 12 Defendant VBD lacks information sufficient to form a belief as
to the truth of said allegations, further the allegations consist of conclusions of law
and/or statements of Plaintiff's position to which no response is required; to the
extent a response is required, denied.

13. Paragraph 13 VBD admits it is a limited liability company organized under the
laws of the State of New York. VBD admits it registered the verified-ticket.com
domain. VBD denies all remaining allegations contained in Paragraph 13.

14. Paragraph 14 Defendant VBD lacks information sufficient to form a belief as
to the truth of said allegations, further the allegations consist of conclusions of law
and/or statements of Plaintiff's position to which no response is required; to the
extent a response is required, denied.

15. Paragraph 15 Defendant VBD lacks information sufficient to form a belief as
to the truth of said allegations, further the allegations consist of conclusions of law
and/or statements of Plaintiff's position to which no response is required; to the
extent a response is required, denied.

16. Paragraph 16 Defendant VBD lacks information sufficient to form a belief as
to the truth of said allegations, further the allegations consist of conclusions of law
and/or statements of Plaintiff's position to which no response is required; to the
extent a response is required, denied.

### III.    JURISDICTION AND VENUE

17. Paragraph 17, Defendant VBD admits subject matter jurisdiction is proper.
VBD denies all remaining allegation contained in Paragraph 17.

18.Paragraph 18, Defendant VBD admits supplement jurisdiction is proper, but

4

denies all other allegations of this Paragraph. VBD denies all remaining allegation contained in Paragraph 18.

19. Paragraph 19 Defendant VBD admits personal jurisdiction is proper, but denies all other allegations of this Paragraph.   VBD denies all remaining allegation contained in Paragraph 18.

20. To extent Paragraph 20 pertains to VBD, VBD denies that it has committed any alleged wrongdoing as described in the SAC. As it may pertain to any other Defendant, VBD lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20, and on that basis denies them.

21. Paragraph 21 Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

22. Paragraph 22 Defendant VBD admits venue is proper, but denies all other allegations of this Paragraph.

## IV.    PLAINTIFF'S E-TICKETING BUSINESS OPERATION

23. Paragraph 23 Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

24. Paragraph 24 Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

25. Paragraph 25 Defendant VBD lacks information sufficient to form a belief as

DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

26. Paragraph 26 Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

27. Paragraph 27 Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

B.    AXS Mobile ID Technology (Formerly Known as "Flash Seats")

28. Paragraph 28 Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

29. Paragraph 29 Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

30. Paragraph 30 Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

31. Paragraph 31 Defendant VBD lacks information sufficient to form a belief as

DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

to the truth of said allegations, further the allegations consist of conclusions of law
and/or statements of Plaintiff's position to which no response is required; to the
extent a response is required, denied.

32. Paragraph 32 Defendant VBD lacks information sufficient to form a belief as
to the truth of said allegations, further the allegations consist of conclusions of law
and/or statements of Plaintiff's position to which no response is required; to the
extent a response is required, denied.

33. Paragraph 33 Defendant VBD lacks information sufficient to form a belief as
to the truth of said allegations, further the allegations consist of conclusions of law
and/or statements of Plaintiff's position to which no response is required; to the
extent a response is required, denied.

34. Paragraph 34 Defendant VBD lacks information sufficient to form a belief as
to the truth of said allegations, further the allegations consist of conclusions of law
and/or statements of Plaintiff's position to which no response is required; to the
extent a response is required, denied.

35. Paragraph 35 Defendant VBD lacks information sufficient to form a belief as
to the truth of said allegations, further the allegations consist of conclusions of law
and/or statements of Plaintiff's position to which no response is required; to the
extent a response is required, denied

## V. PLAINTIFF'S [ALLEGEDLY]VALID AND SUBSISING
## INTELLECTUAL PROPERTY RIGHTS

### A. THE AXS Trademarks

36. Paragraph 36 Defendant VBD lacks information sufficient to form a belief as
to the truth of said allegations, further the allegations consist of conclusions of law
and/or statements of Plaintiff's position to which no response is required; to the
extent a response is required, denied.

37. Paragraph 37 Defendant VBD lacks information sufficient to form a belief as

to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

38. Paragraph 38 Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

39. Paragraph 39 Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

40. Paragraph 40, Defendant VBD admits Plaintiff is listed as the owner of the trademarks United States Patent and Trademark Office identified in Paragraph 40. As to all other allegations, VBD lacks information sufficient to form a belief as to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, Defendant is without information and knowledge sufficient to form a belief as to the truth or falsity of the statements made in Paragraph 40, and therefore denies them.

41. Paragraph 41 Defendant VBD admits Plaintiff is listed as the owner of the trademarks in the United States Patent and Trademark Office identified in Exhibit H. As to all other allegations, VBD lacks information sufficient to form a belief as to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, Defendant is without information and knowledge sufficient to form a belief as to the truth or falsity of the statements made in Paragraph 41, and therefore denies them.

8

DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

42. Paragraph 42 Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

43. Paragraph 43 Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

**B. THE AXS Copyrights**

44. Paragraph 44 Defendant VBD admits Plaintiff is listed as the owner of the copyrights in the United States Library of Congress. As to all other allegations, VBD lacks information sufficient to form a belief as to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, Defendant is without information and knowledge sufficient to form a belief as to the truth or falsity of the statements made in Paragraph 44, and therefore denies them.

45. Paragraph 45 Defendant VBD admits Plaintiff is listed as the owner of the copyrights in the United States Library of Congress. As to all other allegations, VBD lacks information sufficient to form a belief as to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, Defendant is without information and knowledge sufficient to form a belief as to the truth or falsity of the statements made in Paragraph 45, and therefore denies them.

46. Paragraph 46 Defendant VBD admits Plaintiff is listed as the owner of the copyrights in the United States Library of Congress. As to all other allegations, VBD lacks information sufficient to form a belief as to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position

DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

to which no response is required; to the extent a response is required, Defendant is without information and knowledge sufficient to form a belief as to the truth or falsity of the statements made in Paragraph 46, and therefore denies them.

47. Paragraph 47 consists of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, Defendant is without information and knowledge sufficient to form a belief as to the truth or falsity of the statements made in Paragraph 47, and therefore denies them.

48. Paragraph 48 consists of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, Defendant is without information and knowledge sufficient to form a belief as to the truth or falsity of the statements made in Paragraph 48, and therefore denies.

**C.    Notice of Plaintiff's Trademarks and Copyrights**

49. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 49, and therefore denies them.

50. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 50, and therefore denies them.

51. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 51, and therefore denies them.

## VI.    DEFENDANTS [ALLEGED] INFRINING AND ILLICT COUNTERFEITING OPERATIONS

52. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 48, and therefore denies them.

53. Paragraph 53 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

10

DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

1

**A. ETC [Allegedly] Delivers Counterfeit AXS Digital Tickets to**

2

**Unsuspecting Consumer in Cooperation with VBD.**

3    54. Defendant VBD lacks information sufficient to form a belief as to the truth of

4    said allegations, in Paragraph 54, and therefore denies them.

5    55. Defendant VBD lacks information sufficient to form a belief as to the truth of

6    said allegations, in Paragraph 55, and therefore denies them.

7    56. Defendant VBD lacks information sufficient to form a belief as to the truth of

8    said allegations, in Paragraph 56, and therefore denies them.

9    57. VBD denies each and every allegation contained in Paragraph 57.

10    58. VBD denies each and every allegation contained in Paragraph 58.

11    59. VBD denies each and every allegation contained in Paragraph 59.

12    60. VBD denies each and every allegation contained in Paragraph 60.

13    61. VBD denies each and every allegation contained in Paragraph 61.

14    62. VBD denies each and every allegation contained in Paragraph 62.

15    63. VBD denies each and every allegation contained in Paragraph 63.

16    64. VBD denies each and every allegation contained in Paragraph 64.

17    65. VBD denies each and every allegation contained in Paragraph 65.

18    **B. TNI Markets and Delivers Counterfeits AXS Digital Tickets to**

19    **Unsuspecting Consumers and Provides Software to Facilitate the**

20    **Same**

21    66. Defendant VBD lacks information sufficient to form a belief as to the truth of

22    said allegations, in Paragraph 66, and therefore denies them.

23    67. Defendant VBD lacks information sufficient to form a belief as to the truth of

24    said allegations, in Paragraph 67, and therefore denies them.

25    68. Defendant VBD lacks information sufficient to form a belief as to the truth of

26    said allegations, in Paragraph 68, and therefore denies them.

27    69. Defendant VBD lacks information sufficient to form a belief as to the truth of

28

DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

said allegations, in Paragraph 69, and therefore denies them.

70. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 70, and therefore denies them.

71. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 71, and therefore denies them.

72. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 72, and therefore denies them.

73. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 73, and therefore denies them.

74. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 74, and therefore denies them.

75. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 75, and therefore denies them.

76. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 76, and therefore denies them.

77. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 77, and therefore denies them.

78. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 78, and therefore denies them.

79. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 79, and therefore denies them.

80. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 80, and therefore denies them.

### C. ETC's Independent Acts of infringement and Unfair Competition

81. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 54, and therefore denies them.

82. Defendant VBD lacks information sufficient to form a belief as to the truth of

12

said allegations, in Paragraph 82, and therefore denies them.

83. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 83, and therefore denies them.

84. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 84, and therefore denies them.

85. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 85, and therefore denies them.

86. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 86, and therefore denies them.

87. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 87, and therefore denies them.

### D. Defendant Tanriverdi is Selling an Distributing Counterfeit AXS Tickets in this Judicial District

88. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 88, and therefore denies them.

89. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 89, and therefore denies them.

90. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 90, and therefore denies them.

91. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 91, and therefore denies them.

92. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 92, and therefore denies them.

93. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 93, and therefore denies them.

94. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 94, and therefore denies them.

DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

### E. Secure.Tickets is Selling and Distributing Counterfeit AXS Tickets in this Judicial District

95. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 95, and therefore denies them.

96. Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 96, and therefore denies them.

97. Paragraph 97 VBD denies each and every allegation contained therein as it pertains to Defendant VBD. VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

98. Paragraph 98 VBD denies each and every allegation contained therein as it pertains to Defendant VBD. VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

99. Paragraph 99 VBD denies each and every allegation contained therein as it pertains to Defendant VBD. VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

100. Paragraph 100 VBD denies each and every allegation contained therein as it pertains to Defendant VBD. VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

101. Paragraph 101 VBD denies each and every allegation contained therein

14

as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

102.    Paragraph 102 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, denied.

103.    Paragraph 103 Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, to the extent a response is required, denied.

104.    Paragraph 104 Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, to the extent a response is required, denied.

105.    Paragraph 105 Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, to the extent a response is required, denied.

106.    Paragraph 106 Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, further the allegations consist of conclusions of law and/or statements of Plaintiff's position to which no response is required; to the extent a response is required, to the extent a response is required, denied.

107.    Paragraph 107 VBD denies each and every allegation contained therein

DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

108.    Paragraph 108 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

109.    Paragraph 109 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

110.    Paragraph 110 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

111.    Paragraph 111 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

112.    Paragraph 112 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

113.    Paragraph 113 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

114.    Paragraph 114 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

115.    Paragraph 116 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

116.    Paragraph 117 VBD denies each and every allegation contained therein

DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

1    as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief

2    as to the truth of all remaining allegations, and therefore denies them.

3    **Second Cause of Action (All Defendants) Violation of Digital Millennium**

4    **Copyright Act Under 17 U.S.C. §1201**

5    117.    In response to Paragraph 117, VBD incorporates by reference its

6    responses to the proceeding paragraphs of the SAC as though fully restated herein.

7    118.    Defendant VBD lacks information sufficient to form a belief as to the

8    truth of said allegations, in Paragraph 118, and therefore denies them.

9    119.    Defendant VBD lacks information sufficient to form a belief as to the

10   truth of said allegations, in Paragraph 119, and therefore denies them.

11   120.    Paragraph 120 VBD denies each and every allegation contained therein

12   as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief

13   as to the truth of all remaining allegations, and therefore denies them.

14   121.    Paragraph 121 VBD denies each and every allegation contained therein

15   as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief

16   as to the truth of all remaining allegations, and therefore denies them.

17   122.    Paragraph 122 VBD denies each and every allegation contained therein

18   as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief

19   as to the truth of all remaining allegations, and therefore denies them.

20   123.    Paragraph 123 VBD denies each and every allegation contained therein

21   as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief

22   as to the truth of all remaining allegations, and therefore denies them.

23   124.    Paragraph 124 VBD denies each and every allegation contained therein

24   as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief

25   as to the truth of all remaining allegations, and therefore denies them.

26   **Third Cause of Action (All Defendants) Trademark Counterfeiting Under 15**

27   **U.S.C. §1114 et seq.**

17

28

125.     In response to Paragraph 125, VBD incorporates by reference its responses to the proceeding paragraphs of the SAC as though fully restated herein.

126.     Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 126, and therefore denies them.

127.     Paragraph 127 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

128.     Paragraph 128 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

129.     Paragraph 129 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

130.     Paragraph 130 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

131.     Paragraph 131 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

**Fourth Cause of Action (All Defendants) Trademark Infringement Under 15 U.S.C. § 1114, et seq.**

132.     In response to Paragraph 132, VBD incorporates by reference its responses to the proceeding paragraphs of the SAC as though fully restated herein.

133.     Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 133, and therefore denies them.

134.     Paragraph 134 VBD denies each and every allegation contained therein

18

DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

135.    Paragraph 135 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

136.    Paragraph 136 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

137.    Paragraph 137 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

138.    Paragraph 138 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

**Fifth Cause of Action (All Defendants) Unfair Competition and False Designation of Origin Under 15 U.S.C. §1125, et seq.**

139.    In response to Paragraph 139, VBD incorporates by reference its responses to the proceeding paragraphs of the SAC as though fully restated herein.

140.    Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 140, and therefore denies them.

141.    Paragraph 141 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

142.    Paragraph 142 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

143.    Paragraph 143 VBD denies each and every allegation contained therein

DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

144.    Paragraph 144 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

145.    Paragraph 145 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

**Sixth Cause of Action (All Defendants) State Statutory Unfair Competition Under Cal. Bus. & Prof. Code 17200, et seq.**

146.     In response to Paragraph 146, VBD incorporates by reference its responses to the proceeding paragraphs of the SAC as though fully restated herein.

147.    Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 147, and therefore denies them.

148.    Paragraph 148 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

149.    Paragraph 149 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

150.    Paragraph 150 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

151.    Paragraph 151 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

**Seventh Cause of Action (All Defendants) Common Law False Designation of Origin & Unfair Competition**

152.    In response to Paragraph 152, VBD incorporates by reference its responses to the proceeding paragraphs of the SAC as though fully restated herein.

153.    Defendant VBD lacks information sufficient to form a belief as to the truth of said allegations, in Paragraph 153, and therefore denies them.

154.    Paragraph 154 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

155.    Paragraph 155 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

156.    Paragraph 156 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

157.    Paragraph 157 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

158.    Paragraph 158 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

**Eight Cause of Action (Against Defendants ETC, TNI, and VBD) [Alleged] Civil Conspiracy**

159.    In response to Paragraph 159, VBD incorporates by reference its responses to the proceeding paragraphs of the SAC as though fully restated herein.

160.    VBD denies each and every allegation contained in Paragraph 160.

161.    VBD denies each and every allegation contained in Paragraph 161.

DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

162.     Paragraph 162 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

163.     Paragraph 163 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

164.     Paragraph 164 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

165.     Paragraph 166 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

166.     Paragraph 166 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

**Ninth Cause of Action (All Defendants) Breach of Contract**

167.     In response to Paragraph 167, VBD incorporates by reference its responses to the proceeding paragraphs of the SAC as though fully restated herein.

168.     Paragraph 168 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

169.     Paragraph 169 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

170.     Paragraph 170 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

171.     Paragraph 171 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

172.     Paragraph 172 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

173.     Paragraph 173 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

174.     Paragraph 174 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

175.     Paragraph 175 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

176.     Paragraph 176 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

177.     Paragraph 177 VBD denies each and every allegation contained therein as it pertains to Defendant VBD.  VBD lacks information sufficient to form a belief as to the truth of all remaining allegations, and therefore denies them.

### **Prayer For Relief**

These paragraphs set forth the state of relief requested by Plaintiff to which no response is required.  Defendant VBD denies that Plaintiff is entitled to any of the requested relief and denies any allegations contained in the Prayer For Relief to which a response is required.

23

Defendant VBD denies each and every allegation of Plaintiff's SAC not specifically admitted or otherwise responded to above.  VBD specifically denies that it has infringed or is liable for infringement of any valid and enforceable trademarks of Plaintiffs.  VBD further denies that it has infringed or is liable for infringement of any valid and enforceable copyrights or copyright rights of Plaintiff.  VBD further specifically denies that Plaintiff is entitled to any relief whatsoever of any kind against VBD as a result of any act of VBD or any person or entity acting on behalf of VBD.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

(Facts Insufficient to State Any Cause of Action)

1.  The Complaint as a whole, and each purported cause of action alleged therein, fails to state facts sufficient to constitute any cause of action against Defendant upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

(Statute of Limitations)

2 . The Complaint as a whole, and each purported cause of action alleged and remedy sought therein, is barred in whole or in part by the applicable statute of limitations, including but not limited to 15 U.S. Code § 4504.

### THIRD AFFIRMATIVE DEFENSE

(Lack of Standing)

3. Plaintiff's Complaint, and each purported cause of action and/or form of recovery therein, is barred to the extent that Plaintiff lacks standing to assert any of the causes of action and/or form of recovery contained in the Complaint because

DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Plaintiff has not suffered any injury-in-fact or for which Plaintiff does not have a private right of action.

## FOURTH AFFIRMATIVE DEFENSE

(Waiver)

4. The Complaint, and each purported cause of action alleged therein, is barred on the ground that Plaintiff has expressly and/or impliedly waived the right to assert such causes of action by virtue of their verbal and expressions or conduct.

## FIFTH AFFIRMATIVE DEFENSE

(Estoppel)

5. By virtue of her conduct, Plaintiff must be estopped from asserting any of thecauses of action in the Complaint against Defendants.

## SIXTH AFFIRMATIVE DEFENSE
(Laches)

6. Plaintiff is barred from proceeding with this action on the ground that Plaintiff is guilty of laches in failing to timely commence this action, which has prejudiced Defendants in its ability to discover adequate witnesses, testimony, facts, and evidence to support Defendant's defenses.

## SEVENTH AFFIRMATIVE DEFENSE

(Unclean Hands)

7. Defendants is informed and believes and thereon alleges that Plaintiff, by their own conduct, is guilty of unclean hands, which completely bars or reduces recovery, if any, to which she may be entitled, all in accordance with proof at trial.

## EIGHTH AFFIRMATIVE DEFENSE

25

DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

(Consent)

8. The Complaint, and each purported cause of action alleged therein, is barred on the ground that at all times alleged in the Complaint, Plaintiff expressly or impliedly assented to, ratified, or concurred with the conduct alleged to be unlawful.

## NINTH AFFIRMATIVE DEFENSE

(Failure to Exhaust Administrative Remedies)

9. Plaintiff failed to exhaust available administrative remedies and is therefore precluded from obtaining any relief under the alleged causes of action in the complaint.

## TENTH AFFIRMATIVE DEFENSE

(Federal and/or State Preemption)

10. Plaintiff's Complaint, and each claim contained therein, is barred to the extent that Plaintiff's claims are preempted by federal and/or state law.

## ELEVENTH AFFIRMATIVE DEFENSE

(Good Faith)

11. All actions taken by Defendants with respect to Plaintiff, at all times relevant to this action, were taken in good faith for legitimate reasons.

## TWELFTH AFFIRMATIVE DEFENSE

(Unconstitutional)

12. Plaintiff's cause of action for penalties is barred because it is unconstitutionally vague and overbroad as applied to the facts and circumstances of this case.

## THIRTEENTH AFFIRMATIVE DEFENSE

(Offset)

26

DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

13. Defendants alleges that it has suffered damages by reason of Plaintiff's conduct, and Defendants has a right to offset its damages against the damages, if any, of Plaintiff.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

14. Without admitting any facts pled by Plaintiff, Defendants alleges that if Plaintiff sustained any loss, injury or damages either as alleged in the Complaint or at all, which Defendants expressly denies, the same were directly and proximately caused and/or exacerbated by Plaintiff's own conduct, promises and representations to Defendants, and failure to take actions to mitigate these losses, injuries, or damages.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Speculative Damages and/or Penalties)

15. Plaintiff is precluded from recovering the damages alleged in the Complaint because those damages and/or penalties are too vague, ambiguous, excessive, unreasonable, uncertain and speculative to permit recovery.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (No Punitive Damages)

16. Defendants alleges that Plaintiff is not entitled to recover the punitive damages in her Complaint as an award of punitive damages would violate Defendant's rights under the Constitution of the United States of America, including Defendant's rights to (1) procedural due process under the Fourteenth Amendment of the United States Constitution; (2) protection for "excessive fines" as provided in the Eighth Amendment of the United States Constitution and Article I; and (3) substantive due process provided in the Fifth and Fourteenth Amendments of the United States of America.

27

DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Release)

17. The Complaint, and each purported cause of action alleged therein, is barred on the ground that Plaintiff released and waived any and all claims they may have against Defendant.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Business Necessity)

18. Any recovery on Plaintiff's Complaint is barred on the ground that every action taken with respect to Plaintiff was done out of business necessity.

## NINETEEH AFFIRMATIVE DEFENSE

### (No Copyright Infringement)

19.     VBD has not infringed, does not infringe (either directly or indirectly), and is not liable for infringement of any valid copyright or copyright rights of Plaintiff, including, without limitation, any copyright rights in the works that are the subject of the Asserted Copyrights.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Elements Not Protect by Copyright)

20.     Plaintiff's copyright claims are barred to the extent that Plaintiff claims rights to elements of Plaintiff's software or other works that are functional, are not original, or are otherwise not protectable by copyright and/or are not protected by the Asserted Copyrights.

## TWENTY FIRST AFFIRMATIVE DEFENSE

### (Fair Use)

21.     Plaintiff's claims for copyright and trademark infringement are barred by the doctrine of fair use pursuant to 17 U.S.C. § 107 in view of the nature of the works asserted by Plaintiff and covered by the Asserted Copyrights and Trademarks, the amount (if any) and substantiality of the portions of such works used by VBD in

DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

relation to the works as a whole, the purpose and character of any use thereof made
by VBD, and the effect, if any, of such use on the potential market for the works.

## TWENTY SECOND AFFIRMATIVE DEFENSE

### (De Minimis Copying)

22.     Plaintiff's claims for copyright infringement are barred by the doctrine
of de minimis copying, as any protectable portions of the works that are the subject of
the Asserted Copyrights used by VBD have been de minimis.

## TWENTY THIRD AFFIRMATIVE DEFENSE

### (No Intent to Induce Copyright Infringement)

23.     VBD has not engaged in purposeful, culpable expression or conduct
designed or intended to result in others infringing Plaintiff's Asserted Copyrights and
thus is not liable under Plaintiff's inducement claims.

## TWENTY FOURTH AFFIRMATIVE DEFENSE

### (Third Party Liability)

24.     Any use in the Plaintiff's works of any protected elements of the works
that are the subject of the Asserted Copyrights was made by third parties without the
knowledge of VBD, and VBD is not liable for such use.

## TWENTY FIFTH AFFIRMATIVE DEFENSE

25.     Upon information and belief, statements and actions of Plaintiff were
such that it was reasonable to infer that users of the VBD works, including, without
limitation, manufacturers and software developers, had permission to use the
Asserted Copyrights.

## TWENTY SIXTH AFFIRMATIVE DEFENSE

### (No Injunctive Relief)

26.     Plaintiff is not entitled to injunctive relief because any alleged injury to
Plaintiff there is none, neither immediate nor irreparable and Plaintiff has an adequate
remedy at law.

29

**TWENTY SEVENTH AFFIRMATIVE DEFENSE**

**(Section 230)**

27.    Plaintiff has failed to state a claim against Event Tickets because "[n]o provider or user of an interactive computer service shall be treated as the publisher or speaker of any information provided by another information content provider." 47 U.S.C. § 230.

**RESERVATION OF RIGHTS**

28.    Defendants reserves the right to amend or add any additional defenses or counterclaims which may become known during the course of discovery.

**WHEREFORE**, Defendants prays as follows:

1. That Plaintiff takes nothing by way of its Complaint;

2. A judgment dismissing Plaintiff's Amended Complaint;

3. That Defendants recover attorneys' fees, expert fees and investigator fees;

4. That Defendants recover costs of suit herein; and

5. That the Court award such other and further relief as it deems appropriate.

Respectfully submitted,

Dated: January 30, 2025                    COHEN IP LAW GROUP P.C.

By:    */s/ Michael N. Cohen*
Michael N. Cohen
Vikram Amritraj

*Attorneys for Defendant*
*Virtual Barcode Distribution LLC*

## <u>DEMAND FOR A JURY TRIAL</u>

Pursuant to Fed. R. Civ. P. 38, Defendant demands a jury trial on all claims which are triable to a jury in this action.

Respectfully submitted,

Dated: January 30, 2025                    COHEN IP LAW GROUP P.C.

By:    /s/ *Michael N. Cohen*
        Michael N. Cohen
        Vikram Amritraj

        *Attorneys for Defendant*
        *Virtual Barcode Distribution LLC*

31