# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EVENT TICKETS CENTER, INC.; TICKETNETWORK, INC.; VIRTUAL BARCODE DISTRIBUTION LLC; and SECURE.TICKETS,<br><br>　　　　Defendants. | Case No. 2:24–CV–00377–SPG (Ex)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF AXS GROUP TO REPSPOND TO TICKETNETWORK, INC.'S COUNTERCLAIMS** |

On February 13, 2025, Plaintiff AXS Group LLC and Defendant TicketNetwork, Inc. filed a Stipulation to Extend Time for Plaintiff AXS Group LLC to Respond to Defendant TicketNetwork, Inc.'s Counterclaims by 30 Days.

The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

The deadline for plaintiff AXS Group LLC to respond to TicketNetwork, Inc.'s Counterclaims is extended from February 20, 2025, to March 24, 2025.

**IT IS SO ORDERED.**

Dated: February 19, 2025

　　　　　　　　　　　　　　　　　　　　　　HON. SHERILYN PEACE GARNETT
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE