DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
  *keyes.mike@dorsey.com*
Connor J. Hansen (*pro hac vice*)
  *hansen.connor@dorsey.com*
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: 206.903.8800
Facsimile: 206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  *schmidt.kent@dorsey.com*
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone: 714.800.1400
Facsimile: 714.800.1499

*Attorneys for Plaintiff AXS Group LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>EVENT TICKETS CENTER, INC., TICKETNETWORK, INC.; VIRTUAL BARCODE DISTRIBUTION LLC; and SECURE.TICKETS,<br><br>Defendants. | Case No. 2:24-CV-00377-SPG (Ex)<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF AXS GROUP LLC TO RESPOND TO TICKETNETWORK, INC'S COUNTERCLAIMS**<br><br>**COUNTERCLAIMS SERVED: JANUARY 30, 2025**<br><br>**CURRENT RESPONSE DATE: MARCH 24, 2025**<br><br>**NEW REPONSE DATE: APRIL 23, 2025** |

Plaintiff AXS Group LLC ("AXS") and Defendant TicketNetwork, Inc.'s ("TicketNetwork") by and through their respective counsel of record, stipulate and respectfully request that the Court extend the deadline for AXS to answer or otherwise respond to TicketNetwork's Counterclaims by thirty days.

WHEREAS, on January 16, 2024, AXS filed its Complaint in this action against five Defendants (ECF No. 1);

WHEREAS, AXS filed its First Amended Complaint on May 6, 2024, adding two additional Defendants (ECF No. 39);

WHEREAS, on December 9, 2024, AXS filed its Second Amended Complaint, adding TicketNetwork as an additional Defendant (ECF No. 83);

WHEREAS, on January 30, 2025, TicketNetwork filed its Corrected Answer and Counterclaims to Plaintiff AXS Group LLC's Second Amended Complaint (ECF No. 94), making AXS's answer deadline February 20, 2025;

WHEREAS, on February 13, 2025, the parties filed their first Stipulation to Extend Time for Plaintiff AXS Group LLC to Respond to Defendant Ticket Network, Inc.'s Counterclaims (ECF No. 99);

WHEREAS, on February 19, 2025, this Court extended AXS's answer deadline to March 24, 2025 (ECF No. 100);

WHEREAS, the parties have been engaging in discussions to explore a possible resolution of this matter;

WHEREAS, having additional time to engage in further discussions will be beneficial to the potential of a resolution;

WHEREAS, AXS and TicketNetwork agree to a thirty-day extension of time to AXS's deadline to answer or respond to TicketNetwork's Counterclaims so they can continue discussing a resolution to this matter.

NOW, THEREFORE, by and through their respective counsel of record, AXS and TicketNetwork stipulate to a thirty-day extension of time, making AXS's answer or response to TicketNetwork's Counterclaims due on April 23, 2025.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated:   March 24, 2025 | DORSEY & WHITNEY LLP |
| 2 | | |
| 3 | | By: /s/ J. Michael Keyes |
| | | J. Michael Keyes (SBN 262281) |
| 4 | | keyes.mike@dorsey.com |
| | | Connor J. Hansen (*pro hac vice*) |
| 5 | | hansen.connor@dorsey.com |
| | | Columbia Center |
| 6 | | 701 Fifth Avenue, Suite 6100 |
| | | Seattle, WA |
| 7 | | Telephone:  206.903.8800 |
| | | Facsimile:   206.903.8820 |
| 8 | | DORSEY & WHITNEY LLP |
| 9 | | Kent J. Schmidt (SBN 195969) |
| | | schmidt.kent@dorsey.com |
| 10 | | 600 Anton Boulevard, Suite 200 |
| | | Costa Mesa, CA 92626 |
| 11 | | Telephone:  714.800.1400 |
| | | Facsimile:   714.800.1499 |
| 12 | | *Attorneys for Plaintiff AXS Group LLC* |
| 13 | | |
| 14 | Dated:   March 24, 2025 | FISH & RICHARDSON P.C. |
| 15 | | |
| 16 | | By: /s/ John Thornburgh |
| | | John Thornburgh (SBN 154627) |
| 17 | | thornburgh@fr.com |
| | | 12860 El Camino Real Suite 400 |
| 18 | | San Diego, CA 92130 |
| | | Telephone: 858.678.4312 |
| 19 | | Facsimile:  858.678.5099 |
| 20 | | Christopher S. Marchese (SNB 170239) |
| | | marchese@fr.com |
| 21 | | 633 W. 5th 26th Floor |
| | | Los Angeles, CA 90071 |
| 22 | | Telephone: 213.533.4240 |
| 23 | | *Attorneys for Defendant TicketNetwork, Inc.* |

25  Pursuant to Local Rule 5-4.3.4(2)(i), the filer attests that all signatories listed, and on
26  whose behalf the filing is submitted, concur in the filing's content and have
27  authorized the filing.

# CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record. Any counsel of record who has not consented to electronic service through the Court's CM/ECF system will be served by electronic mail.

*/s/ J. Michael Keyes*
J. Michael Keyes, SBN 262281