UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>EVENT TICKETS CENTER, INC.; TICKETNETWORK, INC.; VIRTUAL BARCORD DISTRIBUTION LLC; and SECURE.TICKETS,<br><br>　　　　　　　Defendants. | Case No. 2:24-CV-00377-SPG-E<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF AXS GROUP LLC TO RESPOND TO TICKETNETWORK, INC.'S COUNTERCLAIMS** |

　　　　On March 24, 2025, Plaintiff AXS Group LLC and Defendant TicketNetwork, Inc. filed a Stipulation to Extend Time for Plaintiff AXS Group LLC to Respond to Defendant TicketNetwork, Inc.'s Counterclaims by thirty days (ECF No. 101 ("Stipulation")).

　　　　The Court, having considered the Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS the deadline for Plaintiff AXS Group LLC

//

//

//

to respond to TicketNetwork Inc.'s Counterclaims in this matter is extended from March 24, 2025, to April 23, 2025.

**IT IS SO ORDERED.**

DATED: March 27, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE