John W. Thornburgh (SBN 154627)
thornburgh@fr.com
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: 858-678-4312

Christopher S. Marchese (SBN 170239)
marchese@fr.com
4695 MacArthur Court
Suite 1100
Newport Beach, CA 92660
Telephone: 213-533-4240

*Attorneys for Defendants TicketNetwork, Inc. and Event Tickets Center, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>    Plaintiff,<br><br>v.<br><br>EVENT TICKETS CENTER, INC., TICKETNETWORK, INC., VIRTUAL BARCODE DISTRIBUTION LLC, ALTAN TANRIVERDI and SECURE.TICKETS,<br><br>    Defendants. | Case No. 2:24-CV-00377-SPG (Ex)<br><br>**JOINT MOTION TO DISMISS ALL CLAIMS AGAINST EVENT TICKETS CENTER, INC. AND TICKETNETWORK, INC. AND TICKETNETWORK, INC.'S COUNTERCLAIMS UNDER FRCP RULES 41(A)(2) AND 41(C)** |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff AXS Group LLC ("AXS"), Defendant TicketNetwork, Inc. ("TN"), Defendant Event Tickets Center, Inc. ("ETC") (collectively, "Parties") jointly move this Court to dismiss TN and ETC from this case. The Parties request that the Court dismiss all of AXS's claims against ETC and TN with prejudice and all of TN's counterclaims against AXS with prejudice. The Parties will each bear their own costs and fees.

| | | |
|---|---|---|
| 1 | Dated: June 2, 2025 | DORSEY & WHITNEY LLP |
| 2 | | |
| 3 | | By: */s/ J. Michael Keyes* |
| | | J. Michael Keyes (SBN 262281) |
| 4 | | *keyes.mike@dorsey.com* |
| | | Connor J. Hansen (*pro hac vice*) |
| 5 | | *hansen.connor@dorsey.com* |
| | | Columbia Center |
| 6 | | 701 Fifth Avenue, Suite 6100 |
| | | Seattle, WA |
| 7 | | Telephone: 206.903.8800 |
| | | Facsimile: 206.903.8820 |
| 8 | | DORSEY & WHITNEY LLP |
| 9 | | Kent J. Schmidt (SBN 195969) |
| | | *schmidt.kent@dorsey.com* |
| 10 | | 600 Anton Boulevard, Suite 200 |
| | | Costa Mesa, CA 92626 |
| 11 | | Telephone: 714.800.1400 |
| | | Facsimile: 714.800.1499 |
| 12 | | *Attorneys for Plaintiff AXS Group LLC* |
| 13 | | |
| 14 | Dated: June 2, 2025 | FISH & RICHARDSON P.C. |
| 15 | | |
| 16 | | By: */s/ John W. Thornburgh* |
| | | John W. Thornburgh (SBN 154627) |
| 17 | | *thornburgh@fr.com* |
| | | 12860 El Camino Real Suite 400 |
| 18 | | San Diego, CA 92130 |
| | | Telephone: 858.678.4312 |
| | | Facsimile: 858.678.5099 |
| 19 | | |
| 20 | | Christopher S. Marchese (SBN 170239) |
| | | *marchese@fr.com* |
| 21 | | 633 W 5th 26th Floor |
| | | Los Angeles, CA 90071 |
| | | Telephone: 213.533.4240 |
| 22 | | |
| 23 | | *Attorneys for Defendants TicketNetwork, Inc. and Event Tickets Center, Inc.* |
| 24 | | |

25  
26  Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.
27  
28

JOINT MOTION TO DISMISS                           Case No. 2:24-CV-00377-SPG (Ex)

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2025, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record. Any counsel of record who has not consented to electronic service through the Court's CM/ECF system will be served by electronic mail.

*/s/ John W. Thornburgh*
John W. Thornburgh, SBN 154627