UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>       Plaintiff,<br><br>v.<br><br>EVENT TICKETS CENTER, INC., TICKETNETWORK, INC., VIRTUAL BARCODE DISTRIBUTION LLC, ALTAN TANRIVERDI and SECURE.TICKETS,<br><br>       Defendants. | Case No. 2:24-CV-00377-SPG (Ex)<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS OF ALL CLAIMS AGAINST EVENT TICKETS CENTER, INC. AND TICKETNETWORK, INC. AND TICKETNETWORK, INC.'S COUNTERCLAIMS** |

The Joint Motion to Dismiss Defendant TicketNetwork, Inc. ("TN") and Defendant Event Tickets Center, Inc. ("ETC") is GRANTED as follows:

1. All of Plaintiff AXS Group LLC's ("AXS") claims against ETC are dismissed with prejudice;

2. All of AXS's claims against TN are dismissed with prejudice;

3. All of TN's counterclaims against AXS are dismissed with prejudice; and

4. All costs, expenses and attorneys' fees are to be borne by the party that incurred them.

-2-

IT IS SO ORDERED.

Dated:

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE