1  DORSEY & WHITNEY LLP
   J. Michael Keyes (SBN 262281)
2    *keyes.mike@dorsey.com*
   Connor J. Hansen (*pro hac vice*)
3    *hansen.connor@dorsey.com*
   701 Fifth Avenue, Suite 6100
4  Seattle, WA 98104
   Telephone: 206.903.8800
5  Facsimile: 206.903.8820

6  DORSEY & WHITNEY LLP
   Kent J. Schmidt (SBN 195969)
7    *schmidt.kent@dorsey.com*
   600 Anton Boulevard, Suite 200
8  Costa Mesa, CA 92626
   Telephone: 714.800.1400
9  Facsimile: 714.800.1499

10 *Attorneys for Plaintiff AXS Group LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC,<br><br>              Plaintiff,<br><br>v.<br><br>EVENT TICKETS CENTER, INC., TICKETNETWORK, INC., VIRTUAL BARCODE DISTRIBUTION LLC, and SECURE.TICKETS,<br><br>              Defendants. | Case No. 2:24-CV-00377-SPG (Ex)<br><br>**JOINT MOTION TO DISMISS CLAIMS AGAINST DEFENDANT VIRTUAL BARCODE DISTRIBUTION LLC WITHOUT PREJUDICE UNDER RULE 41(A)(2)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff AXS Group LLC ("AXS") and Defendant Virtual Barcode Distribution LLC ("VBD") (collectively, "Parties") hereby stipulate to the dismissal of VBD from this case. The Parties jointly move the Court to dismiss all of AXS's claims against VBD without prejudice. The Parties will each bear their own costs and fees.

////

////

| | | |
|---|---|---|
| 1 | Dated: June 4, 2025 | DORSEY & WHITNEY LLP |
| 2 | | |
| 3 | | By: /s/ J. Michael Keyes |
| | | J. Michael Keyes (SBN 262281) |
| 4 | | keyes.mike@dorsey.com |
| | | Connor J. Hansen (*pro hac vice*) |
| 5 | | hansen.connor@dorsey.com |
| | | Columbia Center |
| 6 | | 701 Fifth Avenue, Suite 6100 |
| | | Seattle, WA |
| 7 | | Telephone: 206.903.8800 |
| | | Facsimile: 206.903.8820 |
| 8 | | DORSEY & WHITNEY LLP |
| 9 | | Kent J. Schmidt (SBN 195969) |
| | | schmidt.kent@dorsey.com |
| 10 | | 600 Anton Boulevard, Suite 200 |
| | | Costa Mesa, CA 92626 |
| 11 | | Telephone: 714.800.1400 |
| | | Facsimile: 714.800.1499 |
| 12 | | *Attorneys for Plaintiff AXS Group LLC* |
| 13 | | |
| 14 | | |
| 15 | Dated: June 4, 2025 | COHEN IP LAW GROUP PC |
| 16 | | |
| | | By: /s/Michael N. Cohen |
| 17 | | Michael N. Cohen (SBN 225348) |
| | | mcohen@cohenip.com |
| 18 | | 9025 Wilshire Blvd., Suite 301 |
| | | Beverly Hills, CA 90211 |
| 19 | | Telephone: 310-288-4500 |
| | | Facsimile: 310-246-9980 |
| 20 | | |
| | | *Attorneys for Defendant Virtual Barcode* |
| 21 | | *Distribution LLC* |

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2025, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record. Any counsel of record who has not consented to electronic service through the Court's CM/ECF system will be served by electronic mail.

*/s/ J. Michael Keyes*
J. Michael Keyes, SBN 262281
