JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>INTERNET REFERRAL SERVICES LLC; EVENT TICKETS CENTER, INC.; VERIFIED TICKET.COM; AMOSA.APP; SECURE.TICKETS; VIRTUAL BARCODE DISTRIBUTION LLC, ALTAN TANRIVERDI; and TICKETNETWORK, INC.,<br><br>                Defendants,<br><br>    and<br><br>TICKETNETWORK, INC.<br><br>    v.<br><br>                Counterplaintiff,<br><br>AXS GROUP, LLC<br><br>                Counterdefendant. | Case No. 2:24-CV-00377-SPG-E<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [ECF NOS. 106, 107]** |

Before the Court is the Joint Motion to Dismiss All Claims Against Event Tickets Center, Inc., and TicketNetwork, Inc., and TicketNetwork, Inc.'s Counterclaims under Rules 41(a)(2) and 41(c), (ECF No. 106 ("Joint Motion I")), and the Joint Motion to Dismiss Claims Against Defendant Virtual Barcode Distribution LLC Without Prejudice under Rule 41(a)(ii), (ECF No. 107 ("Joint Motion II")).  Having considered the parties' Joint Motions I and II and the record in this case, and finding good cause therefor, the Court GRANTS Joint Motion I and Joint Motion II and ORDERS as follows:

1. All of AXS Group LLC's claims against Event Tickets Center, Inc., are hereby DISMISSED WITH PREJUDICE;

2. All of AXS Group LLC's claims against TicketNetwork, Inc., are hereby DISMISSED WITH PREJUDICE;

3. All of TicketNetwork, Inc.'s counterclaims against AXS Group LLC are hereby DISMISSED WITH PREJUDICE;

4. All of AXS Group LLC's claims against Virtual Barcode Distribution LLC are hereby DISMISSED WITHOUT PREJUDICE; and

5. All costs, expenses, and attorneys' fees are to be borne by the party that incurred them.

The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: June 9, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE